UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:17-CR-00661(A)   Recorder: CS 02/28/2018   Date: 02/28/2018

Present: The Honorable Jacqueline Chooljian, U.S. Magistrate Judge

Court Clerk: Kerri L. Hays   Assistant U.S. Attorney: Kristen Williams

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) JULIAN OMIDI, aka Combiz Omidi, aka Combiz Julian Omidi, aka Kambiz Omidi, aka Kambiz Beniamia Omidi, aka Ben Omidi       BOND-PRESENT | 1) KAMILLE DEAN              RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case is assigned to the calendar of District Judge Dolly M. Gee.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 05/01/2018 at 8:30 AM
    Pre-trial Conference 4/18/2018 at 2:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    The government is directed to prepare and submit a criminal history report within 2 days after PIA. If there is a plea agreement in the case, a courtesy copy of the plea agreement shall be delivered to the Clerk's Office Window on the 4th floor @ 350 West 1st Street, Attention: Kane G. Tien, Clerk to Judge Gee, within two days of the PIA hearing.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 04
Initials of Deputy Clerk: KH by TRB