Kamille Dean, Esq.  #234468
LAW OFFICES OF KAMILLE DEAN, PLC
4545 North 36th Street, Suite 202
Phoenix, Arizona 85018
Telephone (602) 252-5601
kamille@kamilledean.com
Attorney for Julian Omidi

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JULIAN OMIDI,<br><br>    Defendant. | Case No.  2:17-cr-00661-DMG<br><br>**NOTICE OF UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME AND UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE BILL OF PARTICULARS**<br><br>Honorable Dolly M. Gee<br><br>Status Conference:  3/21/2018<br>Trial:  5/1/2018 |

**NOTICE OF UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF**

**TIME AND UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF**

**TIME TO FILE BILL OF PARTICULARS**

COMES NOW Julian Omidi, pursuant to Fed. R. Crim. P. 7(f) and

45(b)(1), and hereby gives Notice to the Court and USA of Julian Omidi's

NOTICE OF UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF

1

TIME AND UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE BILL OF PARTICULARS.

Julian Omidi requests an extension of time to file a Bill of Particulars regarding the Indictment against him. Julian Omidi was arraigned on February 28, 2018; therefore, his Bill of Particulars is due on or before March 14, 2018.

Surgery Center Management and Independent Medical Services are set for an arraignment hearing on March 21, 2018, therefore, the Bill of Particulars is due on April 4, 2018.

Julian Omidi respectfully requests this Honorable Court grant him an extension of time for the Bill of Particulars to April 4, 2018 or a reasonable date thereafter.

This matter is complex, and the discovery is extensive with the USA disclosing a terabyte of discovery. Undersigned counsel needs time to review the Indictment in detail with her client, which to date has not been completed because undersigned counsel has been out of town due to her grandmother's death to attend a funeral and assist with family affairs. Additionally, the USA alleges the three Counterclaim Defendants in this matter charged in USA v. Julian Omidi, et. al., Surgery Center Management, Independent Medical Services, and Julian Omidi, are conflicted and that undersigned counsel can only represent one party. It is not yet determined which party that will be.

There is no prejudice to the parties to allow the Bill of Particulars to be filed at a later date. Thus, the Application to extend the deadline should be granted, and the new deadline should be set for April 4, 2018 or a reasonable date thereafter as determined by this Honorable Court.

Reasonable and good faith efforts were taken to meet and confer with AUSA Kristen Williams regarding this request. AUSA Kristen Williams stated she has no opposition to extending the date to match with co-defendants, Surgery Center Management and Independent Medical Services, or a date thereafter as set by the Court. See Declaration of Kamille Dean

*Respectfully Submitted,*

this 12th day of March, 2018

**/s Kamille R. Dean**

Kamille Dean, Esq. #234468
**LAW OFFICES OF KAMILLE DEAN, PLC**
4545 North 36th Street, Suite 202
Phoenix, Arizona 85018
Telephone (602) 252-5601
kamille@kamilledean.com

*Attorneys for Counterclaim Defendants Almont Ambulatory Surgery Center, et al.*

# DECLARATION OF KAMILLE DEAN

I, KAMILLE DEAN, DECLARE AS FOLLOWS:

1. I am the attorney for Julian Omidi in this in this matter.
2. I make this Declaration in support of Julian Omidi's NOTICE OF UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME AND UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE BILL OF PARTICULARS.
3. This Declaration is based on personal knowledge and I would be able to testify to the facts stated herein.
4. On February 28, 2018, Julian Omidi was arraigned in this matter.
5. The Bill of Particulars is due on March 14, 2018.
6. Julian Omidi has good cause for an extension to file the Bill of Particulars on April 4, 2018 or a reasonable date thereafter as determined by this Court.
7. On March 8, 2018, I sent an email AUSA Kristen Williams requesting an extension to April 4, 2018.
8. On March 9, 2018, AUSA Kristen Williams emailed me and stated:
"We do not oppose a continuance, although the new proposed date should be either April 4, 2018, or another date selected by the Court, given that the Court may be setting various motion schedules at the March 21st hearing and may want to set a schedule for a motion for bill of particulars as a part of that was contacted regarding this request and the USA does not oppose this extension."

I declare under the laws of the United States that the foregoing is true and correct.

DATED this 12th day of March, 2018.

<u>/s/ Kamille Dean</u>

Kamille Dean

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is LAW OFFICES OF KAMILLE DEAN, PLC, 4545 North 36th Street, Suite 202, Phoenix, Arizona 85018.

On March 12, 2018, I served the document described as:
NOTICE OF UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME AND UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE BILL OF PARTICULARS

through the Court's ECF electronic filing and service system.

Executed on March 12, 2018,

**/s/ Kamille Dean**
**Kamille Dean**