FILED
2018 MAR -1 PM 4:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY AP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>JULIAN OMIDI<br>DEFENDANT(S). | CR17-661<br><br>STATEMENT OF COMPLIANCE WITH LOCAL CRIMINAL RULES 46-5 AND 46-6 |

Appendage to Corporate Surety Bond No. **IF250K-1325**
Company: **INTERNATIONAL FIDELITY INSURANCE COMPANY**
Defendant: **JULIAN OMIDI**

I DECLARE UNDER PENALTY OF PERJURY (check one below):

☐ (A) that there are **no** indemnitors on this bond,
OR
☒ (B) that there are one or more indemnitors on this bond,

AND that I, or my representative **Mejken Hernandez**, have explained to each indemnitor, and the indemnitor has acknowledged that he/she understands all of the responsibilities imposed on him/her by law, or by the terms of the bond and indemnity agreement, including but not limited to the following:

(Initials)
MH (1) The effects of non-appearance by the defendant, including entry and enforcement of a judgment of default, when bail is forfeited for a breach of any condition of bond;
MH (2) The discretion of the court whether to set aside a forfeiture in the interest of justice;
MH (3) The extent of liability (including the amount of forfeiture, court costs, attorney's fee, and any other costs or expenses) which I estimate he/she could incur in the event a judgment of default is entered, not limited to $ **250,000**.

AND

Pursuant to Local Criminal Rule 46-5 *(check one)*:

☐ (C)  The court did not provide for any other method of posting bond as an alternative to a corporate surety bond.

☐ (D)  I have explained to each indemnitor that there is an alternative available, of which the Clerk of Court will inform him/her upon inquiry, and each indemnitor nevertheless desires to proceed as indemnitor on this corporate surety bond, knowing generally of what the alternative consists.

AND

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

_3-1-18_
Date

Signature of Surety Agent

At: _Los Angeles, CA_
City, State

Print Name: _Meiken Zahn Hernandez_

---

*LOCAL CRIMINAL RULE 46-6: BOND - SUMMARY ADJUDICATION OF OBLIGATION*
   *A bond of undertaking presented for filing shall contain consent an agreement of the principal and surety that on case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice, proceed summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §3906.*