UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page 1 of 1

| Case No. | CR 17-661(A)-DMG | Date | January 31, 2019 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | Not | | ✓ | 1) Angel Navarro | Not | ✓ | |
| 2) Independent Medical Services, Inc. | Not | | | 2) Stanley I. Greenberg | Not | ✓ | |
| 3) Surgery Center Management, LLC | Not | | | 3) George Paukert | Not | | ✓ |
| 4) Mirali Zarrabi | Not | | ✓ | 4) Thomas P. O'Brien | Not | | ✓ |

**Proceedings:** **[IN CHAMBERS] ORDER GRANTING IN PART GOVERNMENT'S MOTION TO RELEASE COMPLETE VIEW OF THE DOCKET TO THE GOVERNMENT [390]**

To date, no Defendant has opposed the Government's motion to release a complete view of the docket. [See Doc. ## 390, 391, 422.] Therefore, the Court GRANTS the Government's request for a copy of the docket list starting with the Government's Ex Parte Application for Order Sealing its Request for Inquiry into Potential Conflicts of Interest, a copy of which was previously provided to defense counsel for their review. [Doc. # 391.] The deputy clerk shall provide a copy of the same docket list to the Government.

With regard to the Government's motion to unseal the redacted order re conflicts inquiry, Defendant Julian Omidi has filed the lone opposition. [Doc. # 421.] If the Government wishes to respond to the opposition, its response shall be filed by February 7, 2019. Thereafter, the matter shall be submitted.

IT IS SO ORDERED.