UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page **1** of **2**

| | |
|---|---|
| Case No. | CR 17-661(A)-DMG |
| Date | February 28, 2019 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| Kane Tien | Anne Kielwasser | Kristen A. Williams<br>Cathy J. Ostiller<br>Alexander Wyman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | ✓ | | ✓ | 1) Angel Navarro | ✓ | ✓ | |
| 2) Independent Medical Services, Inc. | ✓ | | | 2) Stanley I. Greenberg | ✓ | ✓ | |
| 3) Surgery Center Management, LLC | ✓ | | | 3) George Paukert - tele | ✓ | | ✓ |
| 4) Mirali Zarrabi | ✓ | | ✓ | 4) Thomas P. O'Brien | ✓ | | ✓ |
| | | | | 4) Ivy A. Wang | ✓ | | ✓ |

**Proceedings:  STATUS CONFERENCE**

The cause is called and counsel state their appearance.  Also present is attorney Victor Sherman. The Government informed the Court on the status of the case.  The transcript to the *in camera* portion of the hearing shall be placed UNDER SEAL AND *IN CAMERA* until further order from this Court.

The Court grants an additional one week for Defendants to identify any *specific* non-redacted language in the Court's September 19, 2018 redacted Order re Inquiry into Conflicts of Interest [Doc. # 384] for which there is a compelling reason to maintain under seal.  *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2016)) (internal quotation marks omitted) ("[A] party seeking to seal a judicial record . . . bears the burden of . . . meeting the 'compelling reasons' standard.").  To be clear, those portions of the order that are already redacted and *in camera* will remain redacted and *in camera*. Thereafter, the Court will issue its ruling on the Government's motion to unseal [Doc. # 390].

Attorney George J. Paukert's motion to be relieved as counsel [Doc. # 401] is DENIED for the reasons stated on the record.  Mr. Paukert shall contact the clerk forthwith to schedule an *in camera* hearing within two weeks regarding Surgery Center Management's ("SCM") obligation to pay for his attorney services.   SCM's owner, Shawn Pezeshk, is ordered to appear for said hearing.  He may bring with him the representatives of any affiliate entities that may have a financial relationship with SCM and can contribute to the payment of attorney's fees.

Within 30 days, (1) the Government shall advise the Court on the status of its prosecution of Defendant Independent Medical Services, Inc., which appears to be a defunct corporation whose principal is deceased (*see* Cal. Corp. Code §§ 13401.5, 13406(a)) and (2) Mr. Sherman shall inform the Court about his representation status of Defendant Omidi.

| CR-11 | **CRIMINAL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page 2 of 2

     The Court hears from Defendant Zarrabi regarding the order on his motion to sever. [Doc. # 447.]

     For the reasons stated on the record, the Court continues the stay in this action until April 3, 2019. The Court adopts the Government's statement regarding the bases for excludable time under the Speedy Trial Act and makes findings consistent therewith. The Government shall submit a proposed order to memorialize the Court's findings of excludable time periods pursuant to the Speedy Trial Act. The stay does not affect the parties' ability to deal with discovery issues or to meet and confer regarding new proposed dates in this case. A further status conference is set for **April 3, 2019 at 3:30 p.m.** Absent a stipulation by and between the parties regarding a new trial date filed in advance of the status conference, the Court intends to set a new trial date at the April 3, 2019 status conference.

<u>1:06</u>