**McGUIREWOODS LLP**
MOLLY M. WHITE (SBN 171448)
mwhite@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:  310.315.8200
Facsimile:   310.315.8210

Robert J. Bittman (*Pro Hac Vice*)
2001 K Street N.W.
Washington, D.C. 20006-1040
Telephone:  202.857.1700
Facsimile:   202.857.1737
rbittman@mcguirewoods.com

Counsel for Defendant
Julian Omidi

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN OMIDI, *et al.*,<br><br>Defendants. | No. CR: 17-661(A)-DMG<br><br>JOINT REPORT REGARDING NEED FOR MOTION FOR RELEASE OF SEIZED FUNDS |

Plaintiff United States of America and Defendant Julian Omidi ("Omidi"), by and through their respective counsel of record, hereby submit this Joint Report Regarding Need for Motion for Release of Seized Funds.

Pursuant to this Court's September 8, 2020 Order Amending Motion and Pretrial Disclosure Deadlines, ECF 775, the parties advise the Court that they have reached agreement on the material terms for the release of funds for the benefit of Mr. Omidi's defense.  This agreement obviates the need for a motion seeking the

release of funds for Mr. Omidi's defense.  The parties intend to file with the Court a stipulation reflecting this agreement by September 21, 2020.

DATED: September 14, 2020

By: */s/ Molly M. White*
Molly M. White
Robert J. Bittman
McGUIREWOODS LLP
Attorneys for Defendant Julian Omidi

By: */s/ Steven R. Welk*
Steven R. Welk
Assistant United States Attorney
Chief, Asset Forfeiture Section
(per telephonic authorization)

Attorneys for Plaintiff
United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2020, at Los Angeles, California.


                                             */s/ Molly M. White*
                                             Molly M. White
                                             McGuireWoods LLP