# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Julian Omidi, et al,<br><br>　　　　　Defendants. | Case No. CR 17-661(A) – DMG<br><br>**ORDER GRANTING BAKER & HOSTETLER'S MOTION FOR WITHDRAWAL AS COUNSEL FOR JULIAN OMIDI DUE TO SUBSTITUTION OF COUNSEL [966]** |

    Having considered Baker & Hostetler's Motion for Withdrawal as Counsel for Julian Omidi due to Substitution of Counsel [Doc. # 966], and having received no timely opposition or objection, and for good cause shown,

    IT IS HEREBY ORDERED THAT the Motion is GRANTED and Baker & Hostetler is permitted to withdraw as counsel for defendant Julian Omidi.

    The March 24, 2021 hearing on the motion is hereby VACATED.

DATED:  March 4, 2021

                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE