UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page 1 of 1

| Case No. | CR 17-661(A)-DMG | Date | April 21, 2021 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | Not | | ✓ | 1) Michael S. Schachter | Not | | ✓ |

**Proceedings: (IN CHAMBERS) ORDER**

    The Court is in receipt of Defendant Julian Omidi's motion to dismiss the case. [Doc. # 1026]. The motion is DENIED without prejudice to refiling after compliance with the Court's meet and confer requirement. [Doc. # 146.] Defendant Omidi's ex parte application to file an oversized brief and certain documents in support of his motion under seal [Doc. # 1025] is DENIED as moot. The Government's ex parte application for an extension to oppose Omidi's motion [Doc. # 1028] is also DENIED as moot.

IT IS SO ORDERED.