FILED

APR 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-50020 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00661-DMG-1<br>Central District of California,<br>Los Angeles |
| v. | |
| JULIAN OMIDI, AKA Combiz Omidi, AKA Combiz Julian Omidi, AKA Kambiz Omidi, AKA Kambiz Beniamia Omidi, | ORDER |
| Defendant-Appellant. | |

Before: THOMAS, Chief Judge, TASHIMA and SILVERMAN, Circuit Judges.

Appellee's motion (Docket Entry No. 6) to unseal its provisionally sealed statement of related cases is granted. The Clerk will file Docket Entry No. 6 on the public docket.

Appellant's motion (Docket Entry No. 19) for leave to file a surreply to appellee's reply in support of its motion to dismiss is granted. The court has considered appellant's surreply.

Appellant's unopposed request (Docket Entry No. 18) for judicial notice of the district court's March 23, 2021, order is granted.

Appellee's motion to dismiss this case for lack of jurisdiction (Docket Entry No. 3) is granted. *See Mohawk Indus*., *Inc. v. Carpenter*, 558 U.S. 100, 109-10 (2009) (because post-judgment appeals suffice to remedy the improper disclosure

of privileged material, collateral order doctrine does not extend to disclosure orders adverse to attorney-client privilege); *see also United States v. Gonzalez*, 669 F.3d 974, 978 (9th Cir. 2012) (joint defense privilege is an extension of attorney-client privilege). Moreover, the jurisdictional rule set forth in *Perlman v. United States,* 247 U.S. 7 (1918), does not confer jurisdiction over this appeal because a disinterested third party is not involved. *See United States v. Krane*, 625 F.3d 568, 572-73 (9th Cir. 2010). Finally, construing the appeal as a petition for a writ of mandamus, the petition is denied because appellant has not shown that he is entitled to the extraordinary remedy of mandamus relief. *See Bauman v. United States Dist. Ct.*, 557 F.2d 650, 654-55 (9th Cir. 1977).

    **DISMISSED.**