Michael S. Schachter** (NY 3910205)
Randall W. Jackson** (NY 5274048)
Casey E. Donnelly** (NY4936803)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8102; Fax: (728) 728-8111
Email: *mschachter@willkie.com*

*Attorneys for Defendant*,
Julian Omidi

[Additional Counsel Continued On Next Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JULIAN OMIDI, INDEPENDENT MEDICAL SERVICES INC., a professional corporation, SURGERY CENTER MANAGEMENT, LLC, and MIRALI ZARABI, M.D.,<br><br>　　　　Defendants. | Case No. CR 17-00661(A)-DMG<br><br>[*Assigned to Hon. Dolly M. Gee, District Court Judge*]<br><br>**UNOPPOSED EX PARTE APPLICATION FOR ORDER RE SCHEDULE AND BRIEFING IN JULIAN OMIDI'S MOTION TO SUPPRESS EVIDENCE OBTAINED FROM UNREASONABLE SEARCHES AND SEIZURES**<br><br>Hearing:<br>Dept.:　　Courtroom 8C<br>Location:　350 West 1st Street, 8th Fl.<br>　　　　　Los Angeles, CA 90012 |

[Additional Counsel Continued From Previous Page]

Simona Agnolucci (SBN 246943)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7447, Fax: (415) 858-7599
Email: *sagnolucci@willkie.com*

Bruce H. Searby* (SBN 183267)
Edmund W. Searby* ** (OH 067455)
**SEARBY LLP**
1627 Connecticut Ave, NW, Suite 4
Washington, D.C. 20009
Tel: (202) 750-6106, Fax: (202) 849-2122
Email: *bsearby@searby.law*

*Appearing specially   ** Appearing pro hac vice*

*Counsel for Defendant Julian Omidi*

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Defendant JULIAN OMIDI, by and through his counsel of record, hereby requests *ex parte* and unopposed an order from the Court regarding the briefing and scheduling of his contemporaneously-filed Motion To Suppress Evidence Obtained From Unreasonable Searches and Seizures ("Motion To Suppress"), which Mr. Omidi proposes should proceed as follows:

1. Mr. Omidi is filing his moving papers today, June 18, 2021, consisting of a Motion To Suppress with accompanying Memorandum of Points and Authorities, which exceeds 26 pages and attaches a Declaration of Julian Omidi and 9 different exhibits including search warrant papers for several different premises totaling several hundred pages. The Motion To Suppress has various legal grounds that require extensive citation to case law.
2. The Government will file any opposition brief, which will be of more-or-less comparable length to Mr. Omidi's, within fourteen days, by July 2, 2021.
3. Mr. Omidi will then have until July 14, 2021 to file a concise reply brief.
4. The Court will hear argument on the Motion To Suppress (including on whether there should be a later evidentiary hearing) on the noticed date of July 28, 2021.

Prior to the filing the Application, undersigned counsel for Omidi, Bruce Searby, met and conferred on Tuesday, June 15, 2021 with assigned counsel for the Government, and had further email communications thereafter, establishing the parties' agreement on the basic terms of this proposed briefing and scheduling order.

This unopposed Application is based upon this Notice of Application, the pleadings on file in this action, and any other matter that the Court may properly consider.

WHEREFORE, Julian Omidi respectfully requests that this Court GRANT this application re briefing and scheduling his Motion To Suppress.

1 | Dated: June 18, 2021

Respectfully submitted,

**SEARBY LLP**

By: /s/Bruce H. Searby
    EDMUND W. SEARBY
    BRUCE H. SEARBY

ATTORNEYS FOR DEFENDANT
JULIAN OMIDI

# PROOF OF SERVICE

I am employed and a resident of the District of Columbia. I am over the age of 18 and not a party to the within action; my business address is 1627 Connecticut Avenue, NW, Suite 4, Washington, DC, 20009. On June 18, 2021, I served the document described as:

**UNOPPOSED EX PARTE APPLICATION FOR ORDER RE SCHEDULE AND BRIEFING IN JULIAN OMIDI'S MOTION TO SUPPRESS EVIDENCE OBTAINED FROM UNREASONABLE SEARCHES AND SEIZURES**

Upon the interested parties in this action as follows:

    __X__ By the Court's ECF.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2021.

/s/Bruce H. Searby
Bruce Searby