1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   ALI MOGHADDAS (Cal. Bar No. 305654)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-1786
7       Facsimile: (213) 894-6269
        E-mail:    ali.moghaddas@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA, | No. CR 17-00661(A)-DMG |
|---|---|
13 | Plaintiff, | NOTICE OF APPEARANCE |
14 | v. | |
15 | JULIAN OMIDI, | |
   |   aka "Combiz Omidi," | |
16 |   aka "Combiz Julian Omidi," | |
   |   aka "Kambiz Omidi," | |
17 |   aka "Kambiz Beniamia Omidi," | |
   |   aka "Ben Omidi," | |
18 | SURGERY CENTER MANAGEMENT, LLC, | |
   | and | |
19 | MIRALI ZARRABI, M.D., | |
   |   aka "Mirali Akba Ghandchi | |
20 |       Zarrabi," | |
   |   aka "M.A. Ghandchi Zarrabi," | |
21 | | |
   | Defendants. | |
22

23      Plaintiff, United States of America, hereby advises the Court

24 that the above-captioned case has been associated with a new

25 Assistant United States Attorney ("AUSA") as follows:

26 //

27 //

28

|  | Name | E-Mail Address |
|---|---|---|
| Newly Assigned AUSA | Ali Moghaddas | ali.moghaddas@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: July 8, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
ALI MOGHADDAS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA