Michael S. Schachter** (NY 3910205)
Randall W. Jackson** (NY 5274048)
Casey E. Donnelly** (NY4936803)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8102; Fax: (728) 728-8111
Email: *mschachter@willkie.com*

Simona Agnolucci (SBN 246943)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7447, Fax: (415) 858-7599
Email: *sagnolucci@willkie.com*

Bruce H. Searby* (SBN 183267)
Edmund W. Searby** (OH 067455)
**SEARBY LLP**
1627 Connecticut Ave, NW, Suite 4
Washington, D.C. 20009
Tel: (202) 750-6106, Fax: (202) 849-2122
Email: *bsearby@searby.law*

*Appearing specially*
*\*\* Appearing pro hac vice*

*Counsel for Defendant Julian Omidi*

Thomas P. O'Brien (SBN 166369)
Ivy A. Wang (State Bar No. 224899)
Jennie Wang VonCannon (SBN 233392)
**BROWNE GEORGE ROSS O'BRIEN ANNAGEY & ELLIS LLP**
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808)
Email: tobrien@bgrfirm.com
iwang@bgrfirm.com
jvoncannon@bgrfirm.com
lfiedler@bgrfirm.com

*Attorneys for Defendant Mirali Zarrabi, M.D.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Julian Omidi, *et al.*,<br><br>  Defendants. | CR No. 17-00661 (A) – DMG<br><br>**STATUS REPORT OF DEFENDANTS JULIAN OMIDI AND MIRALI ZARRABI**<br><br><u>Hearing</u><br>Date:     July 28, 2021<br>Time:     11:00 a.m.<br>Location: Courtroom of the Hon.<br>              Dolly M. Gee |

TO THE HONORABLE COURT, AND TO THE OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants Julian Omidi and Mirali Zarrabi, by counsel, respectfully submit this status report in advance of the July 28, 2021 status conference and hearing. Defendants wish to ask the Court to remind the government, at the status conference, of its obligation to provide the defense with its "Final Disclosure of Witness and Exhibit Lists," which the government was supposed to have provided to the defense last Friday, July 23, 2021.

It seems unlikely that the witness list and exhibit list provided by the government to the defense on July 23 could possibly be the government's "final" lists. As the Court may recall, the government has represented to the Court that it "estimat[es] that its presentation of evidence in this matter will last approximately two to three weeks." (ECF No. 942 ¶ 4.) Yet, the "Government's Witness List," as produced to the defense on July 23, identifies <u>77 witnesses</u>, and the "Government's Trial Exhibit List," produced to the defense on July 23, includes <u>more than 1,000 exhibits</u>.

Either the government's trial estimate provided to the Court was way off, or the government's witness and exhibit lists were not provided with an intention towards giving the defense a fair understanding of the expected evidence at trial. There is no possible way for the government to call 77 witnesses and present more than 1,000 exhibits in "two to three weeks." Indeed, one of the witnesses the government disclosed on its "Final Disclosure Witness List"—Paula Rojeski—has been dead for nearly 10 years, which suggests that the government's list was *not* a product of a good faith effort to identify for the defense who the government presently intends to call as witnesses. Particularly in a case where the government produced millions of documents in discovery, the Court's ability to safeguard Defendants' constitutional right to a fair trial depends on the government acting in good faith to identify well in advance of trial its witnesses and exhibits. Defendants respectfully request that the Court direct the government to do so at the upcoming July 28, 2021 status conference.

Dated: July 26, 2021

Respectfully Submitted,

| WILLKIE FARR & GALLAGHER LLP | BROWNE GEORGE ROSS O'BRIEN ANNAGEY & ELLIS LLP |
|---|---|
| By: *s/ Michael S. Schachter* | By: *s/ Ivy A. Wang* |
| MICHAEL S. SCHACHTER<br>RANDALL W. JACKSON<br>CASEY E. DONNELLY<br>SIMONA AGNOLUCCI | THOMAS P. O'BRIEN<br>IVY A. WANG<br>JENNIE WANG VONCANNON |

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2021, at New York, NY.

/s/ Michael S. Schachter
Michael S. Schachter
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Phone: (212) 728-8102
Email: mschachter@wilkie.com