# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JULIAN OMIDI, INDEPENDENT MEDICAL SERVICES INC., a professional corporation, SURGERY CENTER MANAGEMENT, LLC,, and MIRALI ZARABI, M.D.,<br><br>　　　　Defendants. | Case No. CR 17-00661(A)-DMG<br><br>[*Assigned to Hon. Dolly M. Gee, District Court Judge*]<br><br>[PROPOSED] ORDER GRANTING DEFENDANT JULIAN OMIDI'S MOTION *IN LIMINE* TO PRECLUDE THE GOVERNMENT FROM ASKING IMPROPER MATERIALITY QUESTIONS AT TRIAL |

　　　This CAUSE having come before the Court upon Defendant Julian Omidi's Motion *In Limine* To Preclude The Government From Asking Improper Materiality Questions at Trial. After due consideration of the filings, the governing law, and the argument of the parties:

　　　IT IS HEREBY ORDERED that Mr. Omidi's motion is GRANTED, and the government is hereby precluded from asking improper materiality questions at trial.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　THE HONORABLE DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE