UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page **1** of **2**

| Case No. | CR 17-661(A)-DMG | Date | September 1, 2021 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Maria Bustillos | Kristen A. Williams - VTC<br>Alexander Wyman – VTC<br>Ali Moghaddas - VTC<br>David H. Chao - VTC<br>David C. Lachman - VTC<br>Elisa Fernandez - VTC<br>James E. Dochterman - VTC |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi - VTC | ✓ | | ✓ | 1) Michael S. Schachter - VTC | ✓ | | ✓ |
| | | | | 1) Bruce Searby - VTC | ✓ | | ✓ |
| | | | | 1) Edmund W. Searby - VTC | ✓ | | ✓ |
| | | | | 1) Casey E. Donnelly - VTC | ✓ | | ✓ |
| | | | | 1) Randall W. Jackson - VTC | ✓ | | ✓ |
| 3) Surgery Center Management, LLC | ✓ | | | 3) Michael Devereux - VTC | ✓ | | ✓ |
| 4) Mirali Zarrabi - VTC | ✓ | | ✓ | 4) Ivy A. Wang - VTC | ✓ | | ✓ |
| | | | | 4) Thomas P. O'Brien - VTC | ✓ | | ✓ |
| | | | | 4) Luke A. Fiedler - VTC | ✓ | | ✓ |

**Proceedings:** STATUS CONFERENCE

**DEFENDANT OMIDI'S MOTION TO COMPEL THE GOVERNMENT TO SPECIFICALLY IDENTIFY BRADY MATERIAL OF WHICH IT HAS BECOME AWARE IN ITS VOLUMINOUS PRODUCTION [1154]**

**DEFENDANT OMIDI'S SECOND MOTION TO SUPPRESS EVIDENCE OBTAINED FROM UNREASONABLE SEARCHES AND SEIZURES AT THREE ADDITIONAL PREMISES [1155]**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page **2** of **2**

**DEFENDANT MIRALI ZARRABI, M.D.'S MOTION TO DISMISS THE FIRST SUPERSEDING INDICTMENT FOR SPEEDY TRIAL VIOLATIONS [1157]**

**DEFENDANT SURGERY CENTER MANAGEMENT LLC.'S MOTION FOR RETURN OF PROPERTY FOR ATTORNEYS' FEES [1158]**

**DEFENDANT OMIDI'S MOTION TO SUPPRESS UNLAWFUL GOVERNMENT SURVEILLANCE AND SECRET RECORDINGS IN DEFENDANTS' LAW OFFICE [1159]**

**DEFENDANT OMIDI'S MOTION FOR RELIEF BASED ON INTERFERENCE WITH FIFTH AND SIXTH AMENDMENT PRIVILEGE INTERFERENCE [1162]**

**DEFENDANT SURGERY CENTER MANAGEMENT LLC.'S MOTION TO DISMISS BECAUSE OF LOSS AND/OR DESTRUCTION OF EVIDENCE (TROMBETTA /YOUNGBLOOD) [1166]**

The cause is called and counsel state their appearance. The hearing was held via videoconference. Defendants consented to a video conference appearance and waived their in-person appearance. The Court made findings on the record justifying proceeding via videoconference. Counsel further respond to the Court's tentative rulings. The Court hears argument. The Court advises counsel that the motions shall be taken under submission and written orders will issue.

The Government's Filter/Taint Team shall submit a declaration regarding the issues raised in Defendant Omidi's motion to dismiss [Doc. # 1162] and at the hearing, by **Friday, September 3, 2021**. Defendant Omidi may submit a response to the Filter/Taint Team declaration by no later than **Wednesday, September 8, 2021.**

The parties are reminded that trial counsel shall appear in-person for the pretrial conference on September 13, 2021 at 11:00 a.m.

1:51