UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page 1 of 3

| Case No. | CR 17-661(A)-DMG | Date | September 14, 2021 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Miriam Baird | Kristen A. Williams<br>Ali Moghaddas<br>David H. Chao<br>David C. Lachman<br>Elisa Fernandez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | ✓ | | ✓ | 1) Michael S. Schachter | ✓ | | ✓ |
| | | | | 1) Randall W. Jackson | ✓ | | ✓ |
| | | | | 1) Edmund W. Searby - Tele | ✓ | | ✓ |
| 3) Surgery Center Management, LLC | ✓ | | | 3) Michael Devereux | ✓ | | ✓ |
| 4) Mirali Zarrabi | ✓ | | ✓ | 4) Thomas P. O'Brien | ✓ | | ✓ |
| | | | | 4) Ivy A. Wang | ✓ | | ✓ |
| | | | | 4) Jennie W. VonCannon | ✓ | | ✓ |
| | | | | 4) Luke A. Fiedler | ✓ | | ✓ |
| | | | | 4) Matthew Kussman | ✓ | | ✓ |

**Proceedings:** PRETRIAL CONFERENCE

**DEFENDANT JULIAN OMIDI'S MOTION IN LIMINE TO PRECLUDE THE GOVERNMENT FROM ASKING IMPROPER MATERIALITY QUESTIONS AT TRIAL [1188]**

**DEFENDANTS JULIAN OMIDI AND MIRALI ZARABI'S MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF HEARSAY PURSUANT TO RULE 801(D)(2)(E) WITHOUT PRIOR SHOWING BY THE GOVERNMENT TO DEMONSTRATE FOUNDATION FOR CO-CONSPIRATOR EXCEPTION [1189]**

**DEFENDANT MIRALI ZARRABI, M.D.'S MOTION IN LIMINE TO EXCLUDE PREJUDICIAL AND IRRELEVANT PATIENT TESTIMONY [1191]**

**GOVERNMENT'S MOTION IN LIMINE TO ADMIT CERTAIN STATEMENTS OF DEFENDANT MIRALI ZARRABI PURSUANT TO FRE 801(d)(2)(A) [1192]**

**DEFENDANT JULIAN OMIDI'S MOTION IN LIMINE TO EXCLUDE TESTIMONIAL STATEMENTS OF DEFENDANT ZARRABI [1193]**

**GOVERNMENT'S MOTION IN LIMINE TO ADMIT SUMMARY CHARTS PURSUANT TO FEDERAL RULE OF EVIDENCE 1006 [1194]**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page **2** of **3**

**DEFENDANTS JULIAN OMIDI AND MIRALI ZARRABI'S MOTION TO PRECLUDE THE TESTIMONY OF MICHAEL PETRON [1196]**

**GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE AS INEXTRICABLY INTERTWINED OR, IN THE ALTERNATIVE, PURSUANT TO FEDERAL RULE OF EVIDENCE 404(B) [1199]**

**DEFENDANTS JULIAN OMIDI AND MIRALI ZARRABI'S MOTION TO LIMIT THE TESTIMONY OF DR. DANIEL NORMAN [1200]**

**DEFENDANT JULIAN OMIDI'S MOTION IN LIMINE TO: (1) PRECLUDE ARGUMENT, EVIDENCE, AND REFERENCE TO "VICTIMS" OTHER THAN THE INSURANCE COMPANIES; AND (2) EXCLUDE "IMPACT" TESTIMONY BY PATIENTS CONCERNING NEGATIVE CLINICAL EXPERIENCES AND OUTCOMES [1203]**

**DEFENDANTS JULIAN OMIDI AND MIRALI ZARRABI'S MOTION TO EXCLUDE CONTENTS OF MICHAEL ZARRABI'S DELL COMPUTER TOWER AND HARD DRIVE [1207]**

**DEFENDANT JULIAN OMIDI'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING "COMMISSIONS" PAID TO PATIENT CARE SPECIALISTS [1209]**

**DEFENDANTS JULIAN OMIDI AND MIRALI ZARRABI'S MOTION TO PRECLUDE EVIDENCE OF CHARLES KLASKY'S WIFE'S ILLNESS AND NEED FOR HEALTH INSURANCE [1215]**

**DEFENDANTS JULIAN OMIDI AND MIRALI ZARRABI'S MOTION TO ADMIT CHARLES KLASKY'S PRIOR INVOCATION OF THE FIFTH AMENDMENT FOR IMPEACHMENT PURPOSES [1218]**

**GOVERNMENT'S MOTION IN LIMINE TO ADMIT BUSINESS RECORDS AND AUTHENTICATE OTHER RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 901 [1220]**

**DEFENDANT JULIAN OMIDI'S MOTION IN LIMINE TO PRECLUDE EVIDENCE CONCERNING IRRELEVANT BILLING PRACTICES AND ADVERTISING AND MARKETING EFFORTS, AND TO PRECLUDE THE TESTIMONY OF BARBARA BALCOM, TOM JOHNSON, AND TOMMY IORIO [1223]**

**GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF DR. CHARLES SALDANHA [1226]**

**DEFENDANTS JULIAN OMIDI AND MIRALI ZARRABI'S MOTION TO PRECLUDE CHARLES KLASKY FROM OFFERING OPINION TESTIMONY [1235]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to its tentative rulings on the motions *in limine* ("MIL"). The Court hears argument. A written order on the MILs will issue.

The Final Pretrial Conference is held. The Court and counsel confer regarding the logistics of trial. The Jury Trial shall commence on Tuesday, September 21, 2021 at 8:30 a.m. and is estimated to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page **3** of **3**

be three (3) months.  Each party shall be allotted up to 30 minutes to present its opening statements. Counsel are instructed to familiarize themselves with the Court's audio-visual equipment prior to the first day of trial, as well as the Criminal Motion and Trial Order [Doc. # 146] with regard to general decorum and courtroom procedures.

The parties shall provide the courtroom deputy clerk with a Word version of the agreed and disputed jury instructions.

The Government Filter Team shall provide Defendants and the Prosecution Team with a summarized list of the categories of documents that were late-produced to Defendants as expeditiously as possible but by no later than September 17, 2021.

2:08