UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIAN OMIDI,<br> aka "Combiz Omidi,"<br> aka "Combiz Julian Omidi,"<br> aka "Kambiz Omidi,"<br> aka "Kambiz Beniamia Omidi,"<br> aka "Ben Omidi,"<br>SURGERY CENTER MANAGEMENT, LLC,<br>and<br>MIRALI ZARRABI, M.D.,<br> aka "Mirali Akba Ghandchi<br>   Zarrabi,"<br> aka "M.A. Ghandchi Zarrabi,"<br><br>    Defendants. | No. 17-661(A)-DMG<br><br>ORDER DENYING DEFENDANT JULIAN OMIDI'S MOTION FOR SUPPLEMENTAL JURY QUESTIONNAIRE [1320] |

  On September 1, 2021, Defendant Julian Omidi filed a motion requesting that the Court permit use of a supplemental jury questionnaire.  [Doc. # 1320.]  The Government filed an opposition [Doc. # 1343], and Defendant Mirali Zarrabi, M.D., filed a notice of non-opposition [Doc. # 1340].

//

//

For the reasons already stated on the record at the September 14, 2021 pretrial conference, Defendant Omidi's motion is **DENIED**.

IT IS SO ORDERED.

September 17, 2021
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2