# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 17-661(A)-DMG | Date | September 22, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Kane Tien | Suzanne McKennon | Kristen A. Williams / Ali Moghaddas / David H. Chao / David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) Casey E. Donnelly | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| 3) SURGERY CENTER MANAGEMENT, LLC | | | | 3) Michael Devereux | X | | X |
| 4) MIRALI ZARRABI, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |
| | | | | 4) Matthew Kussman | X | | X |

___ Day COURT TRIAL     2 Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

___ Government rests.     Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

X Case continued to   September 23, 2021 at 9:00 a.m.   for further trial/further jury deliberation.

___ Other:

                                                                    4 : 35

Initials of Deputy Clerk   KT