# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JULIAN OMIDI, INDEPENDENT MEDICAL SERVICES INC., a professional corporation, SURGERY CENTER MANAGEMENT, LLC,, and MIRALI ZARABI, M.D.,<br><br>    Defendants. | Case No. CR 17-00661(A)-DMG<br><br>[*Assigned to Hon. Dolly M. Gee, District Court Judge*]<br><br>[PROPOSED] ORDER GRANTING DEFENDANT JULIAN OMIDI'S MOTION FOR RECONSIDERATION CONCERNING THE PRIOR CONVICTIONS OF GOVERNMENT WITNESS CARAQUITA STEWARD |

This CAUSE having come before the Court upon Defendant Julian Omidi's Motion for Reconsideration Concerning the Prior Convictions of Government Witness Caraquita Steward. After due consideration of the filings, the governing law, and the argument of the parties:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED, and Defendant Julian Omidi's proffered evidence of Caraquita Steward's prior convictions is admitted.

**IT IS SO ORDERED.**

1
2   Dated: _____        _____
3                                          THE HONORABLE DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE
4
5
...
28

[PROPOSED] ORDER GRANTING DEFENDANT JULIAN OMIDI'S MOTION FOR RECONSIDERATION CONCERNING THE PRIOR CONVICTIONS GOVERNMENT WITNESS CARAQUITA STEWARD.