# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 17-661(A)-DMG |
| Date | September 24, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Kane Tien | Suzanne McKennon | Kristen A. Williams / Ali Moghaddas / David H. Chao / David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) JULIAN OMIDI | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| | | | | 1) Casey E. Donnelly | X | | X |
| 3) SURGERY CENTER MANAGEMENT, LLC | | | | 3) Michael Devereux | X | | X |
| 4) MIRALI ZARRABI, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |

| | Day COURT TRIAL | **4** Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|
| | One day trial; | Begun (1st day); | **X** Held & continued; | Completed by jury verdict/submitted to court. |

_____ The Jury is impaneled and sworn.

_____ Opening statements made

**X** Witnesses called, sworn and testified.

**X** Exhibits identified         **X** Exhibits admitted

_____ Government rests.     _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

**X** Case continued to September 27, 2021 at 9:00 a.m. for further trial/further jury deliberation.

_____ Other: _____

                                                                                         4 : 46

Initials of Deputy Clerk     KT