1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   *vs*.<br><br>JULIAN OMIDI, INDEPENDENT MEDICAL SERVICES INC., a professional corporation, SURGERY CENTER MANAGEMENT, LLC,, and MIRALI ZARABI, M.D.,<br><br>    Defendants. | Case No. CR 17-661(A)-DMG<br><br>ORDER RE DEFENDANT JULIAN OMIDI'S MOTION TO EXCLUDE THE TESTIMONY OF GOVERNMENT WITNESS REGAN CARRINGTON AND *EX PARTE* APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [1398, 1399] |

For the reasons stated on the record, Defendant Omidi's motion to exclude the testimony of Government witness, Regan Carrington [Doc. # 1399], is **DENIED.**

Defendant Omidi's *ex parte* application for leave to file documents under seal relating to the aforementioned motion [Doc. # 1398] is **DENIED as moot.**

IT IS SO ORDERED.

DATE: September 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE