# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 17-661(A)-DMG | Date | October 7, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>Ali Moghaddas<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| 3) SURGERY CENTER MANAGEMENT, LLC | | | | 3) Michael Devereux | X | | X |
| 4) MIRALI ZARRABI, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |

\_\_\_\_ Day COURT TRIAL     13 Day JURY TRIAL     \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified     \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.     \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted  \_\_\_\_ denied  \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted  \_\_\_\_ denied  \_\_\_\_ submitted

X Case continued to October 12, 2021 at 9:00 a.m. for further trial/further jury deliberation.

\_\_\_\_ Other:

                                                        0  :  25

Initials of Deputy Clerk   KT