Michael S. Schachter** (NY 3910205)
Randall W. Jackson** (NY 5274048)
Casey E. Donnelly** (NY4936803)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8102; Fax: (728) 728-8111
Email: *mschachter@willkie.com*

Simona Agnolucci (SBN 246943)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7447, Fax: (415) 858-7599
Email: *sagnolucci@willkie.com*

Bruce H. Searby* (SBN 183267)
Edmund W. Searby** (OH 067455)
**SEARBY LLP**
1627 Connecticut Ave, NW, Suite 4
Washington, D.C. 20009
Tel: (202) 750-6106, Fax: (202) 849-2122
Email: *bsearby@searby.law*

*Appearing specially ** Appearing pro hac vice*

*Counsel for Defendant Julian Omidi*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     v.<br><br>Julian Omidi, *et al.*,<br><br>                    Defendants. | Case No. CR No. 17-00661 (A) – DMG<br><br>**DEFENDANTS JULIAN OMIDI'S NOTICE OF ERRATA REGARDING HIS REPLY BRIEF IN FURTHER SUPPORT OF HIS TRIAL MEMORANDUM TO PRECLUDE THE TESTIMONY OF JESSICA MEYLE (DKT. 1425)**<br><br>Courtroom of the Hon. Dolly M. Gee |

Case 2:17-cr-00661-DMG   Document 1426   Filed 10/11/21   Page 2 of 2   Page ID #:37164

**TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant JULIAN OMIDI, by and through his counsel of record, hereby files a notice of errata regarding his Reply Brief in Further Support of his Trial Memorandum to Preclude the Testimony of Jessica Meyle (*see* Dkt. 1425). The brief was filed without a table of contents or table of authorities. Mr. Omidi apologizes for their error and for any inconvenience that it may have caused to the Court or parties. Mr. Omidi hereby request that the Court disregard the brief filed at Dkt. 1425 and instead accept the brief filed herewith, which includes a table of contents and table of authorities.

This Application is based upon this Notice of Application, the files and records in this case, and any other matter that the Court may properly consider.

Dated: October 11, 2021

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
MICHAEL S. SCHACHTER
RANDALL W. JACKSON
CASEY E. DONNELLY
SIMONA AGNOLUCCI

ATTORNEYS FOR DEFENDANT
JULIAN OMIDI

---

1

DEFENDANTS JULIAN OMIDI'S NOTICE OF ERRATA REGARDING HIS REPLY BRIEF IN FURTHER SUPPORT OF HIS TRIAL MEMORANDUM TO PRECLUDE THE TESTIMONY OF JESSICA MEYLE (DKT. 1425).
Case No. CR No. 17-00661 (A) - DMG