TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
DAVID CHAO (Cal. Bar No. 273953)
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorneys
Major Frauds/General Crimes Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-6269
     E-mail:    Kristen.Williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>JULIAN OMIDI,<br>  aka "Combiz Omidi,"<br>  aka "Combiz Julian Omidi,"<br>  aka "Kambiz Omidi,"<br>  aka "Kambiz Beniamia Omidi,"<br>  aka "Ben Omidi,"<br>SURGERY CENTER MANAGEMENT, LLC,<br>and<br>MIRALI ZARRABI, M.D.,<br>  aka "Mirali Akba Ghandchi<br>       Zarrabi,"<br>  aka "M.A. Ghandchi Zarrabi,"<br><br>             Defendants. | No. CR 17-661(A)-DMG<br><br>GOVERNMENT'S STATUS REPORT RE MICHAEL ZARRABI'S HARD DRIVE |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kristen A.

1  Williams, Ali Moghaddas, David Chao, and David C. Lachman, hereby
2  files a status report concerning Michael Zarrabi's hard drive.
3       This status report is based upon the attached memorandum of
4  points and authorities, the files and records in this case, and such
5  further evidence and argument as the Court may permit.
6   Dated: October 13, 2021           Respectfully submitted,

                                      TRACY L. WILKISON
                                      Acting United States Attorney

                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                      _____
                                      KRISTEN A. WILLIAMS
                                      ALI MOGHADDAS
                                      DAVID CHAO
                                      DAVID C. LACHMAN
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government files this status report to advise the Court of information the government recently learned about the contents of a hard drive voluntarily provided to the government by Michael Zarrabi in December 2015 (the "Zarrabi Hard Drive"). As discussed below, although the Zarrabi Hard Drive was previously thought to only contain Michael Zarrabi's sleep study reports, the government now understands that it may also contain deleted raw sleep study data. While the Zarrabi Hard Drive has been made available to the defense for inspection for years in connection with the government's discovery productions,[1] the government has advised the defense of this recently discovered data and is working promptly to produce it.

As the Court is aware, the Zarrabi Hard Drive is the source of the Michael Zarrabi sleep study reports designated by the Bates prefix "GT_MZ." When Mr. Zarrabi voluntarily provided this drive to the government in December 2015 and provided his consent for the government to review it, he described it as containing his sleep study reports. The Food and Drug Administration, Office of Criminal Investigations ("FDA-OCI") forensic examiner at the time extracted approximately 11,000 such reports from the Zarrabi Hard Drive, which the government has long since produced in discovery.

---

[1] Counsel for defendant OMIDI has informed the government that they believed they had previously requested the image of this drive, as well as Michael Zarrabi's work computer. However, the parties' discussions at the time (as confirmed by the government's review of its notes of the relevant telephone conference on this issue) concerned the raw data Michael Zarrabi possessed, which the government understood at the time to only be contained on Zarrabi's work computer, not the Zarrabi Hard Drive. The government facilitated OMIDI's counsel in reviewing that data last summer.

More recently, in relation to the testimony of Dr. Daniel Norman regarding the raw data he received from Michael Zarrabi's work computer (the "Zarrabi Dell Tower," which the Court will recall was searched pursuant to a search warrant and found to contain many of the same GT_MZ reports, as well as raw sleep study data)[2] and concerns raised by the defense about Dr. Norman's ability to find and score that data, the government (using a different FDA-OCI forensic examiner now that the previous one had left the agency) began to re-review the non-privileged materials seized from the Zarrabi Dell Tower during the government's search of it, including the raw sleep study data.  In the process of reviewing that raw data, the examiner yesterday looked at the Zarrabi Hard Drive, which was at one point connected to the Zarrabi Dell Tower, and alerted the government that there was more material on the Zarrabi Hard Drive than just the sleep study reports described above.  After taking steps to confirm with the Filter Team that no privileged materials had been withheld from the Zarrabi Hard Drive and that the Prosecution Team could appropriately access it again to further examine its contents, the government learned this evening that the Zarrabi Hard Drive appears to contain at least approximately 1,500 folders of sleep study raw data files, including at least some that appear to be from 2011 in the midst of the charged scheme, in the orphaned file area on the drive.  These "orphan" files appear to be deleted files that no longer have a parent directory and are not something the average user would know were present (which may explain why Michael Zarrabi did not advise the government that there was raw sleep data on this drive

---

[2] Dr. Norman was also provided with data from a hard drive obtained from a former GET THIN sleep technician.

2

when he provided it).  The government has alerted the defense to this material and is currently in the process of copying the drive so that it can be promptly produced to the defense.

There is much still unknown about these orphan files, including whether they can be successfully exported and whether they are complete raw sleep study data files that could be opened using specialized sleep study software (as opposed to, for example, partially overwritten unscoreable data).  The government expects it may have some of these answers by early next week, once it has had an opportunity to copy the data and to attempt to upload it into the specialized sleep study software.  In the meantime, the government seeks here to advise the Court of the newly discovered information and that it is working as quickly as possible to understand what these materials are and provide them to the defense for their review.