# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 17-661(A)-DMG | Date | October 14, 2021 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

Interpreter    N/A

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>Ali Moghaddas<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| 3) SURGERY CENTER MANAGEMENT, LLC | | | | 3) Michael Devereux | X | | X |
| 4) MIRALI ZARRABI, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |

| | | |
|---|---|---|
| ____ Day COURT TRIAL | __16__ Day JURY TRIAL | ____ Death Penalty Phase |

____ One day trial;    ____ Begun (1st day);    X  Held & continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made

X  Witnesses called, sworn and testified.

X  Exhibits identified    X  Exhibits admitted

____ Government rests.    ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

X  Case continued to    October 19, 2021 at 9:00 a.m.    for further trial/further jury deliberation.

____ Other:

4 : 41

Initials of Deputy Clerk    KT