Michael S. Schachter** (NY 3910205)
Randall W. Jackson** (NY 5274048)
Casey E. Donnelly** (NY4936803)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8102; Fax: (728) 728-8111
Email: *mschachter@willkie.com*

Simona Agnolucci (SBN 246943)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7447, Fax: (415) 858-7599
Email: *sagnolucci@willkie.com*

Bruce H. Searby* (SBN 183267)
Edmund W. Searby** (OH 067455)
**SEARBY LLP**
1627 Connecticut Ave, NW, Suite 4
Washington, D.C. 20009
Tel: (202) 750-6106, Fax: (202) 849-2122
Email: *bsearby@searby.law*

*Appearing specially ** Appearing pro hac vice*

*Counsel for Defendant Julian Omidi*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    v.<br><br>Julian Omidi, *et al.*,<br><br>             Defendants. | Case No. CR No. 17-00661 (A) – DMG<br><br>**DECLARATION IN SUPPORT OF DEFENDANT JULIAN OMIDI'S EX PARTE MOTION FOR SUBPOENAS UNDER PRIVACY ACTION 1974**<br><br>Courtroom of the Hon. Dolly M. Gee |

## DECLARATION OF MICHAEL S. SCHACHTER

I, Michael S. Schachter, hereby declare:

1. I am an attorney licensed to practice law in New York and appearing in the above-entitled action *pro hac vice*. I am a member of the firm of Willkie Farr & Gallagher LLP, attorneys for Julian Omidi ("Omidi"), who is named as a Defendant in the above-entitled action. In connection with his defense, Omidi seeks the medical records of a government witness, Toya Simpson, who put her medical condition at issue. Omidi seeks the medical records of Toya Simpson which may impeach her testimony regarding prior diagnoses and medical conditions.

2. I make this declaration based on personal knowledge, in support of Mr. Omidi's Ex Parte Application for Subpoenas Under Privacy Act 1974.

3. Attached as Exhibit 1 hereto is a true and correct copy of a proposed subpoena to Naval Hospital Camp Pendelton.

4. Attached as Exhibit 2 is a true and correct copy of a proposed subpoena to Naval Hospital Twentynine Palms.

5. Attached as Exhibit 3 is a true and correct copy of notes from a government interview with Toya Simpson dated April 20, 2018 and marked DX 3541-1.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed in New York this 17th Day of October, 2021.

/s/ Michael S. Schachter_____