1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Julian Omidi, *et al.*,<br><br>　　　　　　　Defendants. | Case No. CR No. 17-00661 (A) – DMG<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR SUBPOENAS UNDER PRIVACY ACT 1974** |

　　　　Having read and considered Defendant Julian Omidi's *Ex Parte* Application for Subpoenas Under Privacy Act 1974, it is hereby ORDERED that the Clerk of the Court shall issue the subpoenas duces tecum attached as Exhibits 1 and 2 to the Declaration of Michael S. Schachter to be served on Naval Hospital Camp Pendelton and Naval Hospital Twentynine Palms, respectively.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT COURT JUDGE