Michael S. Schachter** (NY 3910205)
Randall W. Jackson** (NY 5274048)
Casey E. Donnelly** (NY4936803)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8102; Fax: (728) 728-8111
Email: *mschachter@willkie.com*

Simona Agnolucci (SBN 246943)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7447, Fax: (415) 858-7599
Email: *sagnolucci@willkie.com*

** *Appearing pro hac vice*

*Counsel for Defendant Julian Omidi*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Julian Omidi, *et al.*,<br><br>　　　　　　　Defendants. | Case No. CR No. 17-00661 (A) – DMG<br><br>**EX *PARTE* APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS TO DEFENDANT JULIAN OMIDI'S MOTION TO COMPEL THE GOVERNMENT TO PRODUCE THE NATIVE EXCEL SPREADSHEETS IT PROVIDED TO ITS EXPERT WITNESS**<br><br>Courtroom of the Hon. Dolly M. Gee |

**TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant JULIAN OMIDI, by and through his counsel of record, hereby requests an order from the Court permitting the filing of the following documents under seal, which are all exhibits to his contemporaneously filed Motion to Compel:

1. Exhibit 1, June 17, 2020 Expert Disclosure Letter.
2. Exhibit 2, June 17, 2020 Expert Report of Michael J. Petron, GT_EXPERT_00000405.
3. Exhibit 3, Exhibit 3 to the June 17, 2020 Expert Report of Michael J. Petron, GT_EXPERT_00000439.
4. Exhibit 4, PDF version of "Sleep_Study_Spreadsheet--SVRS1-250_filtered--PART 1 Percentages Review--FINAL 051520.xlsx", GT_EXPERT_00000812.
5. Exhibit 5, PDF version of "Sleep_Study_Spreadsheet--SVRS1-250_filtered--Part 2 Loss Analysis--FINAL 060520.xlsx", GT_EXPERT_00001053.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed in California this 18th Day of October, 2021.

Dated:  October 20, 2021

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
 MICHAEL S. SCHACHTER
 RANDALL W. JACKSON
 CASEY E. DONNELLY
 SIMONA AGNOLUCCI

 ATTORNEYS FOR DEFENDANT
 JULIAN OMIDI