# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 17-661(A)-DMG |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>Ali Moghaddas<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| | | | | 1) Casey E. Donnelly | X | | X |
| 3) Surgery Center Management, LLC | | | | 3) Michael Devereux | X | | X |
| 4) Mirali Zarrabi, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |

____ Day COURT TRIAL     20 Day JURY TRIAL     ____ Death Penalty Phase

____ One day trial; ____ Begun (1st day); X Held & continued; ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

____ Government rests. ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

X Case continued to October 25, 2021 at 1:00 p.m. for further trial/further jury deliberation.

X Other:

                                                                                                                        4 : 38

Initials of Deputy Clerk    KT