# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 17-661(A)-DMG |
| Date | October 25, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>Ali Moghaddas<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| | | | | 1) Casey E. Donnelly | X | | X |
| 3) Surgery Center Management, LLC | | | | 3) Michael Devereux | X | | X |
| 4) Mirali Zarrabi, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |

_____ Day COURT TRIAL        21 Day JURY TRIAL        _____ Death Penalty Phase

_____ One day trial;    _____ Begun (1st day);    X  Held & continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

X   Witnesses called, sworn and testified.

X   Exhibits identified        X   Exhibits admitted

_____ Government rests.    Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

X   Case continued to   October 26, 2021 at 9:00 a.m.   for further trial/further jury deliberation.

_____ Other:

                                                                          2 : 55
                                            Initials of Deputy Clerk   KT