# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 17-661(A)-DMG |
| Date | October 29, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>Ali Moghaddas<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| | | | | 1) Casey E. Donnelly | X | | X |
| 3) Surgery Center Management, LLC | | | | 3) Michael Devereux | X | | X |
| 4) Mirali Zarrabi, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |

| | Day COURT TRIAL | 25 Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|

| | One day trial; | Begun (1st day); | X Held & continued; | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|

| | The Jury is impaneled and sworn. |
|---|---|
| | Opening statements made |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified     X Exhibits admitted |
| | Government rests.     Defendant(s) _____ rest. |
| | Motion for mistrial by _____ is _____ granted _____ denied _____ submitted |
| | Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted |
| X | Case continued to November 1, 2021 at 9:00 a.m. for further trial/further jury deliberation. |
| | Other: |

2 : 45

Initials of Deputy Clerk   KT