|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 29 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>JULIAN OMIDI, AKA Combiz Omidi, AKA Combiz Julian Omidi, AKA Kambiz Omidi, AKA Kambiz Beniamia Omidi,<br><br>        Defendant-Appellant. | No.   21-50179<br><br>D.C. Nos. 2:17-cr-00661-DMG-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

This court previously ordered appellant to move for voluntary dismissal of this appeal or show cause why the appeal should not be dismissed for lack of jurisdiction. The court warned appellant that failure to comply with the court's order could result in the dismissal of the appeal by the Clerk for failure to prosecute. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Manisha Munshi
Deputy Clerk
Ninth Circuit Rule 27-7