## DECLARATION OF THOMAS M VITLO

I, Thomas M Vitlo, state and declare as follows:

1. I am a Senior Manager with Stout Risius Ross, LLC. ("Stout"). I make this declaration at the request of counsel for the United States. In paragraph 7 of the expert report of Michael J. Petron submitted on June 17, 2020 ("Expert Report"), Michael J Petron states "Under my supervision, other Stout personnel have assisted me with the review and analysis of the information available." I have assisted Mr. Petron in his analysis for this matter.

2. To assist in the production of the extrapolations for Scenarios A-P that are detailed in paragraph 22 of the Expert Report, I used two spreadsheets ("Part 1" and "Part 2")[1] provided to Mr. Petron that contained a review of certain information regarding the sampled beneficiaries.

3. For both the Part 1 and Part 2 files[2], I understand that certain columns were minimized or hidden. The files were also both prefiltered by column AD labeled "SVRS" for values between 1 and 250 that identifies the sample units. I did not maximize or unhide any columns during the course of my work, nor did I change the prefilter. I used Column A labeled "Name" and Column AD labeled "SVRS" to identify the sample units that were reviewed. Only columns specifically referenced in the Declaration of Michael J. Petron submitted on October 22, 2021 were reviewed and relied upon to produce the estimates in the Expert Report. Each column I used was visible to me and required no manipulation of the files to read them.

4. To assist in my work during this matter, I instructed Joshua Slone, a former Associate with Stout, to review my work for quality control purposes. It is my understanding that Mr. Slone

---

[1] 'Sleep_Study_Spreadsheet--SVRS1-250_filtered--PART 1 Percentages Review--FINAL 051520.xlsx' and 'Sleep_Study_Spreadsheet--SVRS1-250_filtered--Part 2 Loss Analysis--FINAL 060520.xlsx'

[2] The Part 2 file contained four tabs. The only one that I considered was the first tab labeled "Patient Report Files List Info".

did not access the aforementioned files at all, as that was not in the scope of his review. Furthermore, no other current or former employees, to my knowledge, assisted in this matter.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Alexandria, VA, on November 05, 2021.

Respectfully submitted,

_____

Thomas M. Vitlo                                                    Date:   November 05, 2021

DECLARATION OF
THOMAS M. VITLO