**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America,

                Plaintiff,

  v.

Julian Omidi, *et al.*,

                Defendants.

No. CR No. 17-661 (A) – DMG

**ORDER GRANTING DEFENDANT JULIAN OMIDI'S MOTION FOR ACCESS TO MICHAEL ZARRABI HARD DRIVE AND RELIEVING CJA COUNSEL FOR MICHAEL ZARRABI [1444, 1456]**

The Court has reviewed and considered the declaration submitted by CJA counsel George Buehler [Doc. # 1486], who was appointed to represent third party Michael Zarrabi [Doc. # 1456]. In the declaration, Mr. Buehler attests that Michael Zarrabi does not object to his hard drive being turned over to the parties in this case, including the "My Pictures" file in the hard drive. Mr. Buehler also attests that Michael Zarrabi does not wish to have an attorney assist him. [Doc. # 1486 at 2.]

Given the above, the Court **AMENDS** its October 21, 2021 Order [Doc. # 1456] conditionally granting Defendant Julian Omidi's motion for access to Michael Zarrabi's hard drive and **GRANTS** the motion.

The Court **RELIEVES** George Buehler as CJA counsel for Michael Zarrabi.

IT IS SO ORDERED.

DATED: November 16, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: CJA Services

1