# Exhibit 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN OMIDI, INDEPENDENT MEDICAL SERVICES INC., a professional corporation, SURGERY CENTER MANAGEMENT, LLC, and MIRALI ZARABI, M.D.,<br><br>Defendants. | Case No. CR 17-00661(A)-DMG<br><br>[*Assigned to Hon. Dolly M. Gee, District Court Judge*]<br><br>**DECLARATION OF JULIAN OMIDI IN SUPPORT OF HIS RENEWED MOTION REQUESTING THE RELEASE OF ADDITIONAL FUNDS FOR DEFENSE COSTS** |

I, Julian Omidi, hereby state and declare under penalty of perjury as follows:

1. I am a resident of the State of California and my current address is 1255 Sierra Alta Way, Los Angeles, CA, where I live with my mother. I am a defendant in the above-captioned criminal case.

2. Since being retained, in December 2020, my defense attorneys at Willkie Farr & Gallagher LLP have worked tirelessly on my behalf. As Your Honor knows, my attorneys have filed multiple motions to dismiss, on the basis of constitutional

1

violations, and although those motions have not been successful, I understand that they have now been appropriately preserved in the record. Likewise, counsel has filed multiple motions to suppress and seeking certain discovery. While these motions too were unsuccessful, I understand that they were necessary in order to preserve my appellate rights, should I be convicted. In addition, over the last two months, especially, I have observed my attorneys working incredible hours, working nearly around the clock, seven days a week, in order to mount a prepared and effective challenge to the Government's evidence each day at trial.

3. I understand that the $10 million that the Court released pursuant to its October 8, 2020 Order has now been depleted, as of the payment of September 2021's costs, but before my attorneys were paid for their September work. I am also aware that my attorneys have not been paid for the hours they have spent on my case in October, nor are there any remaining funds to pay October's costs. I am personally unable to pay these outstanding invoices.

4. My inability to pay for these defense fees and costs is the result of a multitude of factors. All of my funds were seized in 2014. Furthermore, over the past decade, I have been named as a defendant in a plethora of civil suits. *See* Dkt. 1150 at p. 11 of 13. While I have attempted, in these cases, to work with very low-cost attorneys, or, in many circumstances and in recent years, to represent myself, the cost of this civil litigation has been significant and the liabilities that I will face if I am unsuccessful in these suits is substantial. Given these facts, I do not have any ability to pay my attorneys' outstanding invoices.

5. I respectfully request that the Court release additional fees so that my attorneys can be paid for their work.

48132960.4

DATED:    November 22, 2021              By: /s/ Julian Omidi
                                              Julian Omidi