# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CR 17-661(A)-DMG | Date | December 1, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| 3) Surgery Center Management, LLC | | | | 3) Michael Devereux | X | | X |
| 4) Mirali Zarrabi, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |
| | | | | 4) Luke Allen Fiedler | X | | X |
| | | | | 4) Matthew Kussman | X | | X |
| | | | | 4) Nour Hamida | X | | X |

| | Day **COURT TRIAL** | 40 | Day **JURY TRIAL** | | Death Penalty Phase |
|---|---|---|---|---|---|
| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |

|   |   |
|---|---|
| | The Jury is impaneled and sworn. |
| | Opening statements made |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified    X   Exhibits admitted |
| | Government rests.    Defendant(s) _____ rest. |
| X | Case continued to December 2, 2021 at 9:00 a.m. for further trial/further jury deliberation. |
| X | Other: After argument, the Court orally DENIES Defendant Mirali Zarrabi, MD's request to introduce additional excerpts of recorded interviews pursuant to Federal Rule of Evidence 106 [Doc. # 1523]. |

                                                                   5  :  02

Initials of Deputy Clerk   KT