# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 17-661(A)-DMG | Date | December 8, 2021 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

Interpreter   N/A

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>David H. Chao<br>David C. Lachman<br>Ali Moghaddas<br>Consuelo S. Woodhead |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) Casey E. Donnelly | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| 3) Surgery Center Management, LLC | | | | 3) Michael Devereux | X | | X |
| 4) Mirali Zarrabi, M.D. | X | | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |

____ Day COURT TRIAL      45 Day JURY TRIAL      ____ Death Penalty Phase

____ One day trial;   Begun (1st day);   X   Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made

X   Witnesses called, sworn and testified.

X   Exhibits identified      X   Exhibits admitted

____ Government rests.   Defendant(s) _____ rest.

X   Case continued to   December 9, 2021 at 9:00 a.m.   for further trial/further jury deliberation.

After the Government rested, Defendant Julian Omidi orally made a Rule 29 motion ("Motion"), in which Defendants Surgery Center Management, LLC, and Mirali Zarrabi, M.D. joined. The Motion is DENIED for the reasons stated on the record.

X   Other:   The Court and counsel confer re final jury instructions.

4 : 01

Initials of Deputy Clerk   KT