Michael S. Schachter** (NY 3910205)
Randall W. Jackson** (NY 5274048)
Casey E. Donnelly** (NY4936803)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8102; Fax: (728) 728-8111
Email: *mschachter@willkie.com*

Simona Agnolucci (SBN 246943)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7447, Fax: (415) 858-7599
Email: *sagnolucci@willkie.com*

** *Appearing pro hac vice*

*Counsel for Defendant Julian Omidi*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>                            Plaintiff,<br><br>    v.<br><br>Julian Omidi, *et al.*,<br><br>                       Defendants. | Case No. CR No. 17-00661 (A) – DMG<br><br>**EX *PARTE* APPLICATION TO FILE UNDER SEAL MR. OMIDI'S SUPPLEMENTAL BRIEF IN SUPPORT OF HIS RENEWED APPLICATION (DKT. 1507) SEEKING ADDITIONAL FUNDS FROM THE SEIZED *RES* TO PAY FOR DEFENSE FEES**<br><br>Courtroom of the Hon. Dolly M. Gee |

**TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant JULIAN OMIDI by and through his counsel of record, pursuant to the Court's ruling on December 9, 2021, hereby requests an order from the Court permitting the filing of the following documents under seal:

1. Mr. Omidi's Supplemental Brief in Support of His Renewed Application Seeking Additional Funds from the Seized Res to Pay for Defense Fees;

2. Declaration of Julian Omidi

3. Declaration of Cindy Omidi

4. Declaration of Michael Omidi

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed in California this 9th Day of December, 2021.

Dated:  December 9, 2021

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: s/ Michael S. Schachter
    MICHAEL S. SCHACHTER
    RANDALL W. JACKSON
    CASEY E. DONNELLY

    ATTORNEYS FOR DEFENDANT
    JULIAN OMIDI