# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 17-661(A)-DMG |
| Date | December 13, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
| Interpreter | |

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>Ali Moghaddas<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | | X | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| 3) Surgery Center Management, LLC | | | | 3) Michael Devereux | X | | X |
| 4) Mirali Zarrabi, M.D. | | X | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |
| | | | | 4) Luke Allen Fiedler | X | | X |
| | | | | 4) Matthew Kussman | X | | X |
| | | | | 4) Nour Hamida | X | | X |

| | Day COURT TRIAL | 48 | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|
| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |

| X | Closing arguments made | X | Court instructs jury | X | Bailiff sworn |
|---|---|---|---|---|---|

| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
|---|---|
| | Alternates excused | X | Jury retires to deliberate | | Jury resumes deliberations |
| | Finding by Court as follows: | | Jury Verdict as follows: |
| Dft # | Guilty on count(s) | | Not Guilty on count(s) |
| | Jury polled | | Polling waived |
| X | Case continued to December 14, 2021 at 9:00 for further trial/further jury deliberation. |
| X | Other: The Court DENIES Defendant Omidi's requests in the trial memorandum filed December 12, 2021. [Doc. # 1549.] |

5 : 24

Initials of Deputy Clerk    KT