# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 17-661(A)-DMG |
| Date | December 14, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
| Interpreter | |

| Kane Tien | Suzanne McKennon | Kristen A. Williams<br>Ali Moghaddas<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | | X | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| 3) Surgery Center Management, LLC | | | | 3) Michael Devereux | X | | X |
| 4) Mirali Zarrabi, M.D. | | X | X | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |
| | | | | 4) Luke Allen Fiedler | X | | X |
| | | | | 4) Matthew Kussman | X | | X |
| | | | | 4) Nour Hamida | X | | X |

_____ Day COURT TRIAL       49 Day JURY TRIAL       _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   X Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ Closing arguments made       _____ Court instructs jury       _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused       _____ Jury retires to deliberate       X Jury resumes deliberations

_____ Finding by Court as follows:       _____ Jury Verdict as follows:

Dft # _____   _____ Guilty on count(s)       _____ Not Guilty on count(s)

_____ Jury polled       _____ Polling waived

X Case continued to   December 15, 2021 at 9:00   for further trial/further jury deliberation.

X Other:   The Court receives jury note ## 1-3 and meets and confers with counsel as to each.

                                                                           0 : 10

Initials of Deputy Clerk   KT

---

CR-78 (10/08)                    **CRIMINAL MINUTES - TRIAL**                    Page 1 of 1