# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 17-661(A)-DMG |
| Date | December 16, 2021 |
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
| Interpreter | |

| Kane Tien | Chia Mei Jui | Kristen A. Williams<br>David H. Chao<br>David C. Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | X | | X | 1) Michael S. Schachter | X | | X |
| | | | | 1) Randall W. Jackson | X | | X |
| | | | | 1) John L. Brennan | X | | X |
| | | | | 1) Casey E. Donnelly | X | | X |
| 3) Surgery Center Management, LLC | | | | 3) Michael Devereux | X | | X |
| 4) Mirali Zarrabi, M.D. | | | | 4) Thomas P. O'Brien | X | | X |
| | | | | 4) Ivy A. Wang | X | | X |
| | | | | 4) Jennie W. VonCannon | X | | X |
| | | | | 4) Luke Allen Fiedler | X | | X |
| | | | | 4) Nour Hamida | X | | X |

| | Day COURT TRIAL | 51 | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|
| | One day trial; | | Begun (1st day); | | Held & continued; | X | Completed by jury verdict/submitted to court. |
| | Finding by Court as follows: | | | X | Jury Verdict as follows: | See separate verdict form |

Dft #

| X | Jury polled | | Polling waived |
|---|---|---|---|
| X | Filed Witness & Exhibit lists | X | Filed Jury notes | X | Filed Jury Instructions | X | Filed Jury Verdict |
| X | Bond exonerated as to Dft # | (3) Mirali Zarrabi, M.D. | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

The Court receives jury note # 6 and meets and confers with counsel. See separate verdict form.

After hearing argument, the Court DENIES the Government's request to remand Defendant Omidi into custody.

Pursuant to Defendant Omidi's unopposed request, post-trial motions are due by January 31, 2022.

X  Other: The Court refers Defendants Julian Omidi and Surgery Center Management, LLC to the Probation Office for investigation and preparation of a pre-sentence report and continues the matter to April 6, 2021 at 3:00 p.m. for sentencing. The Government's Sentencing Position is due at least two weeks prior to the sentencing date. Defendant's Sentencing Position is due at least one week before the sentencing date. If there are no position papers, the parties are directed to file a notice of non-opposition. Late filing of position papers, other than letters of support, may cause a postponement of the sentencing hearing.

                                                                      0 : 34

Initials of Deputy Clerk     KT