FILED
CLERK, U.S. DISTRICT COURT

Dec 16, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KT_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

          v.

JULIAN OMIDI,

SURGERY CENTER MANAGEMENT, LLC, and

MIRALI ZARRABI, M.D.,

       Defendants.

No. CR 17-661(A)-DMG

**VERDICT FORM**

## COUNT 1

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 1 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 1 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 1 of the Indictment.

1

**COUNT 2**

2    We, the jury in the above-captioned case, unanimously find

3  defendant Julian Omidi:

4

5          _____        NOT GUILTY

6

7          _____        GUILTY

8  of mail fraud as charged in Count 2 of the Indictment.

9

10    We, the jury in the above-captioned case, unanimously find

11  defendant Surgery Center Management, LLC:

12

13          _____        NOT GUILTY

14

15          _____        GUILTY

16  of mail fraud as charged in Count 2 of the Indictment.

17

18    We, the jury in the above-captioned case, unanimously find

19  defendant Mirali Zarrabi, M.D.:

20

21          _____        NOT GUILTY

22

23          _____        GUILTY

24  of mail fraud as charged in Count 2 of the Indictment.

25

26

27

28

2

**<u>COUNT 3</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 3 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 3 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 3 of the Indictment.

### COUNT 4

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

     \_\_\_\_\_      NOT GUILTY

     \_\_\_\_\_      GUILTY

of mail fraud as charged in Count 4 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

     \_\_\_\_\_      NOT GUILTY

     \_\_\_\_\_      GUILTY

of mail fraud as charged in Count 4 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

     \_\_\_\_\_      NOT GUILTY

     \_\_\_\_\_      GUILTY

of mail fraud as charged in Count 4 of the Indictment.

## **COUNT 5**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 5 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 5 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 5 of the Indictment.

## COUNT 6

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____   NOT GUILTY

_____   GUILTY

of mail fraud as charged in Count 6 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____   NOT GUILTY

_____   GUILTY

of mail fraud as charged in Count 6 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____   NOT GUILTY

_____   GUILTY

of mail fraud as charged in Count 6 of the Indictment.

## **COUNT 7**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 7 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 7 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 7 of the Indictment.

## **COUNT 8**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 8 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 8 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 8 of the Indictment.

**<u>COUNT 9</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

     _____     NOT GUILTY

     _____     GUILTY

of mail fraud as charged in Count 9 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

     _____     NOT GUILTY

     _____     GUILTY

of mail fraud as charged in Count 9 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

     _____     NOT GUILTY

     _____     GUILTY

of mail fraud as charged in Count 9 of the Indictment.

## <u>COUNT 10</u>

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 10 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 10 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 10 of the Indictment.

## **COUNT 11**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____      NOT GUILTY

_____      GUILTY

of mail fraud as charged in Count 11 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____      NOT GUILTY

_____      GUILTY

of mail fraud as charged in Count 11 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____      NOT GUILTY

_____      GUILTY

of mail fraud as charged in Count 11 of the Indictment.

## <u>COUNT 12</u>

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 12 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 12 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 12 of the Indictment.

## <u>COUNT 13</u>

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____    NOT GUILTY

_____    GUILTY

of mail fraud as charged in Count 13 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____    NOT GUILTY

_____    GUILTY

of mail fraud as charged in Count 13 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____    NOT GUILTY

_____    GUILTY

of mail fraud as charged in Count 13 of the Indictment.

**<u>COUNT 14</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 14 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 14 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 14 of the Indictment.

**<u>COUNT 15</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 15 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 15 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 15 of the Indictment.

15

1

## **COUNT 16**

2    We, the jury in the above-captioned case, unanimously find

3 defendant Julian Omidi:

4

5             _____        NOT GUILTY

6

7             _____        GUILTY

8 of mail fraud as charged in Count 16 of the Indictment.

9

10    We, the jury in the above-captioned case, unanimously find

11 defendant Surgery Center Management, LLC:

12

13             _____        NOT GUILTY

14

15             _____        GUILTY

16 of mail fraud as charged in Count 16 of the Indictment.

17

18    We, the jury in the above-captioned case, unanimously find

19 defendant Mirali Zarrabi, M.D.:

20

21             _____        NOT GUILTY

22

23             _____        GUILTY

24 of mail fraud as charged in Count 16 of the Indictment.

25

26

27

28

## <u>COUNT 17</u>

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 17 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 17 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 17 of the Indictment.

## **COUNT 18**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 18 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 18 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 18 of the Indictment.

## **COUNT 19**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 19 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 19 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 19 of the Indictment.

## **COUNT 20**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 20 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 20 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 20 of the Indictment.

## **<u>COUNT 21</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 21 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 21 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 21 of the Indictment.

**<u>COUNT 22</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____       NOT GUILTY

_____       GUILTY

of mail fraud as charged in Count 22 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____       NOT GUILTY

_____       GUILTY

of mail fraud as charged in Count 22 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____       NOT GUILTY

_____       GUILTY

of mail fraud as charged in Count 22 of the Indictment.

## **COUNT 23**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 23 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 23 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 23 of the Indictment.

## **COUNT 24**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_       NOT GUILTY

\_\_\_\_\_       GUILTY

of mail fraud as charged in Count 24 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_       NOT GUILTY

\_\_\_\_\_       GUILTY

of mail fraud as charged in Count 24 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_       NOT GUILTY

\_\_\_\_\_       GUILTY

of mail fraud as charged in Count 24 of the Indictment.

## **COUNT 25**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 25 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 25 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 25 of the Indictment.

**COUNT 26**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 26 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 26 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 26 of the Indictment.

## **COUNT 27**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 27 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 27 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

of mail fraud as charged in Count 27 of the Indictment.

**<u>COUNT 28</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 28 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 28 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 28 of the Indictment.

## **COUNT 29**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____        NOT GUILTY

_____        GUILTY

of wire fraud as charged in Count 29 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____        NOT GUILTY

_____        GUILTY

of wire fraud as charged in Count 29 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____        NOT GUILTY

_____        GUILTY

of wire fraud as charged in Count 29 of the Indictment.

**<u>COUNT 30</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____      NOT GUILTY

_____      GUILTY

of wire fraud as charged in Count 30 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____      NOT GUILTY

_____      GUILTY

of wire fraud as charged in Count 30 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____      NOT GUILTY

_____      GUILTY

of wire fraud as charged in Count 30 of the Indictment.

## __COUNT 31__

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____     NOT GUILTY

_____     GUILTY

of wire fraud as charged in Count 31 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____     NOT GUILTY

_____     GUILTY

of wire fraud as charged in Count 31 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____     NOT GUILTY

_____     GUILTY

of wire fraud as charged in Count 31 of the Indictment.

## COUNT 32

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_          NOT GUILTY


\_\_\_\_\_          GUILTY

of aggravated identity theft as charged in Count 32 of the Indictment.

## <u>COUNT 33</u>

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

_____          GUILTY

of making false statements related to health care matters as charged in Count 33 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

_____          NOT GUILTY

_____          GUILTY

of making false statements related to health care matters as charged in Count 33 of the Indictment.

## COUNT 34

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_         NOT GUILTY

\_\_\_\_\_         GUILTY

of making false statements related to health care matters as charged in Count 34 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_\_\_         NOT GUILTY

\_\_\_\_\_         GUILTY

of making false statements related to health care matters as charged in Count 34 of the Indictment.

34

## COUNT 35

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of conspiracy to commit promotional money laundering as charged in Count 35 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

\_\_\_\_\_        NOT GUILTY

\_\_\_\_\_        GUILTY

of conspiracy to commit promotional money laundering as charged in Count 35 of the Indictment.

## COUNT 36

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____        NOT GUILTY

_____        GUILTY

of promotional money laundering as charged in Count 36 of the Indictment.

## COUNT 37

    We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

        \_\_\_\_\_       NOT GUILTY

        \_\_\_\_\_       GUILTY

of promotional money laundering as charged in Count 37 of the Indictment.

Date: _____      _____
                                            Foreperson