FILED
CLERK, U.S. DISTRICT COURT

Dec 16, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____KT____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

              v.

JULIAN OMIDI,

SURGERY CENTER MANAGEMENT, LLC, and

MIRALI ZARRABI, M.D.,

        Defendants.

No. CR 17-661(A)-DMG

**VERDICT FORM**

**REDACTED AS TO THE FOREPERSON'S NAME**

**COUNT 1**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____      NOT GUILTY

___✓___      GUILTY

of mail fraud as charged in Count 1 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____      NOT GUILTY

___✓___      GUILTY

of mail fraud as charged in Count 1 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___      NOT GUILTY

_____      GUILTY

of mail fraud as charged in Count 1 of the Indictment.

## COUNT 2

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____        NOT GUILTY

___✓___        GUILTY

of mail fraud as charged in Count 2 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____        NOT GUILTY

___✓___        GUILTY

of mail fraud as charged in Count 2 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 2 of the Indictment.

## COUNT 3

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

    _____        NOT GUILTY

    ✓        GUILTY

of mail fraud as charged in Count 3 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

    _____        NOT GUILTY

    ✓        GUILTY

of mail fraud as charged in Count 3 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

    ✓        NOT GUILTY

    _____        GUILTY

of mail fraud as charged in Count 3 of the Indictment.

3

1

## COUNT 4

2    We, the jury in the above-captioned case, unanimously find

3 defendant Julian Omidi:

4

5           _____      NOT GUILTY

6

7         ✓_____      GUILTY

8 of mail fraud as charged in Count 4 of the Indictment.

9

10    We, the jury in the above-captioned case, unanimously find

11 defendant Surgery Center Management, LLC:

12

13           _____      NOT GUILTY

14

15         ✓_____      GUILTY

16 of mail fraud as charged in Count 4 of the Indictment.

17

18    We, the jury in the above-captioned case, unanimously find

19 defendant Mirali Zarrabi, M.D.:

20

21         ✓_____      NOT GUILTY

22

23           _____      GUILTY

24 of mail fraud as charged in Count 4 of the Indictment.

25

26

27

28

## COUNT 5

We, the jury in the above-captioned case, unanimously find
defendant Julian Omidi:

        \_\_\_\_\_        NOT GUILTY

        ✓\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 5 of the Indictment.

We, the jury in the above-captioned case, unanimously find
defendant Surgery Center Management, LLC:

        \_\_\_\_\_        NOT GUILTY

        ✓\_\_\_\_\_        GUILTY

of mail fraud as charged in Count 5 of the Indictment.

We, the jury in the above-captioned case, unanimously find
defendant Mirali Zarrabi, M.D.:

        ✓\_\_\_\_\_        NOT GUILTY

        \_\_\_\_\_        GUILTY

of mail fraud as charged in Count 5 of the Indictment.

## COUNT 6

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____    NOT GUILTY

  ✓    GUILTY

of mail fraud as charged in Count 6 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____    NOT GUILTY

  ✓    GUILTY

of mail fraud as charged in Count 6 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

  ✓    NOT GUILTY

_____    GUILTY

of mail fraud as charged in Count 6 of the Indictment.

## COUNT 7

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

\_\_\_\_✓\_\_\_          GUILTY

of mail fraud as charged in Count 7 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

\_\_\_\_✓\_\_\_          GUILTY

of mail fraud as charged in Count 7 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

\_\_\_✓\_\_\_          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 7 of the Indictment.

7

## COUNT 8

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____     NOT GUILTY

✓     GUILTY

of mail fraud as charged in Count 8 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____     NOT GUILTY

✓     GUILTY

of mail fraud as charged in Count 8 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

✓     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 8 of the Indictment.

## COUNT 9

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

＿＿＿＿＿          NOT GUILTY

✓          GUILTY

of mail fraud as charged in Count 9 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

＿＿＿＿＿          NOT GUILTY

✓          GUILTY

of mail fraud as charged in Count 9 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

✓          NOT GUILTY

＿＿＿＿＿          GUILTY

of mail fraud as charged in Count 9 of the Indictment.

## COUNT 10

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____        NOT GUILTY

___✓___        GUILTY

of mail fraud as charged in Count 10 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____        NOT GUILTY

___✓___        GUILTY

of mail fraud as charged in Count 10 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 10 of the Indictment.

10

## COUNT 11

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

      \_\_\_\_\_      NOT GUILTY

      ✓      GUILTY

of mail fraud as charged in Count 11 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

      \_\_\_\_\_      NOT GUILTY

      ✓      GUILTY

of mail fraud as charged in Count 11 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

      ✓      NOT GUILTY

      \_\_\_\_\_      GUILTY

of mail fraud as charged in Count 11 of the Indictment.

## **COUNT 12**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____    NOT GUILTY

___✓___    GUILTY

of mail fraud as charged in Count 12 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____    NOT GUILTY

___✓___    GUILTY

of mail fraud as charged in Count 12 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___    NOT GUILTY

_____    GUILTY

of mail fraud as charged in Count 12 of the Indictment.

## COUNT 13

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

___✓___          GUILTY

of mail fraud as charged in Count 13 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

___✓___          GUILTY

of mail fraud as charged in Count 13 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 13 of the Indictment.

13

## COUNT 14

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

✓          GUILTY

of mail fraud as charged in Count 14 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

✓          GUILTY

of mail fraud as charged in Count 14 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

✓          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 14 of the Indictment.

## COUNT 15

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

    \_\_\_\_\_        NOT GUILTY

     ✓        GUILTY

of mail fraud as charged in Count 15 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

    \_\_\_\_\_        NOT GUILTY

     ✓        GUILTY

of mail fraud as charged in Count 15 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

     ✓        NOT GUILTY

    \_\_\_\_\_        GUILTY

of mail fraud as charged in Count 15 of the Indictment.

1                                **COUNT 16**

2          We, the jury in the above-captioned case, unanimously find

3     defendant Julian Omidi:

4

5                    _____        NOT GUILTY

6

7                    ✓/            GUILTY

8     of mail fraud as charged in Count 16 of the Indictment.

9

10         We, the jury in the above-captioned case, unanimously find

11    defendant Surgery Center Management, LLC:

12

13                   _____        NOT GUILTY

14

15                   ✓/            GUILTY

16    of mail fraud as charged in Count 16 of the Indictment.

17

18         We, the jury in the above-captioned case, unanimously find

19    defendant Mirali Zarrabi, M.D.:

20

21                   ✓/            NOT GUILTY

22

23                   _____        GUILTY

24    of mail fraud as charged in Count 16 of the Indictment.

25

26

27

28

1

## COUNT 17

2        We, the jury in the above-captioned case, unanimously find

3    defendant Julian Omidi:

4

5              _____         NOT GUILTY

6

7              ✓/            GUILTY

8    of mail fraud as charged in Count 17 of the Indictment.

9

10       We, the jury in the above-captioned case, unanimously find

11   defendant Surgery Center Management, LLC:

12

13             _____         NOT GUILTY

14

15             ✓/            GUILTY

16   of mail fraud as charged in Count 17 of the Indictment.

17

18       We, the jury in the above-captioned case, unanimously find

19   defendant Mirali Zarrabi, M.D.:

20

21             ✓/            NOT GUILTY

22

23             _____         GUILTY

24   of mail fraud as charged in Count 17 of the Indictment.

25

26

27

28

## COUNT 18

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____     NOT GUILTY

___✓___     GUILTY

of mail fraud as charged in Count 18 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____     NOT GUILTY

___✓___     GUILTY

of mail fraud as charged in Count 18 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 18 of the Indictment.

## COUNT 19

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____     NOT GUILTY

___✓___     GUILTY

of mail fraud as charged in Count 19 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____     NOT GUILTY

___✓___     GUILTY

of mail fraud as charged in Count 19 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 19 of the Indictment.

19

## COUNT 20

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____    NOT GUILTY

____✓____    GUILTY

of mail fraud as charged in Count 20 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____    NOT GUILTY

____✓____    GUILTY

of mail fraud as charged in Count 20 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

____✓____    NOT GUILTY

_____    GUILTY

of mail fraud as charged in Count 20 of the Indictment.

20

## COUNT 21

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

___✓___          GUILTY

of mail fraud as charged in Count 21 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

___✓___          GUILTY

of mail fraud as charged in Count 21 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 21 of the Indictment.

1                              **COUNT 22**

2       We, the jury in the above-captioned case, unanimously find

3  defendant Julian Omidi:

4

5              _____        NOT GUILTY

6

7              ✓/           GUILTY

8  of mail fraud as charged in Count 22 of the Indictment.

9

10      We, the jury in the above-captioned case, unanimously find

11 defendant Surgery Center Management, LLC:

12

13             _____        NOT GUILTY

14

15             ✓/           GUILTY

16 of mail fraud as charged in Count 22 of the Indictment.

17

18      We, the jury in the above-captioned case, unanimously find

19 defendant Mirali Zarrabi, M.D.:

20

21             ✓/           NOT GUILTY

22

23             _____        GUILTY

24 of mail fraud as charged in Count 22 of the Indictment.

25

26

27

28
                                    22

## COUNT 23

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

___✓___          GUILTY

of mail fraud as charged in Count 23 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

___✓___          GUILTY

of mail fraud as charged in Count 23 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 23 of the Indictment.

23

## COUNT 24

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____   NOT GUILTY

__✓___   GUILTY

of mail fraud as charged in Count 24 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____   NOT GUILTY

__✓___   GUILTY

of mail fraud as charged in Count 24 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

__✓___   NOT GUILTY

_____   GUILTY

of mail fraud as charged in Count 24 of the Indictment.

## COUNT 25

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____     NOT GUILTY

✓     GUILTY

of mail fraud as charged in Count 25 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____     NOT GUILTY

✓     GUILTY

of mail fraud as charged in Count 25 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

✓     NOT GUILTY

_____     GUILTY

of mail fraud as charged in Count 25 of the Indictment.

25

## COUNT 26

1

2       We, the jury in the above-captioned case, unanimously find

3 defendant Julian Omidi:

4

5              _____          NOT GUILTY

6

7              ✓              GUILTY

8 of mail fraud as charged in Count 26 of the Indictment.

9

10      We, the jury in the above-captioned case, unanimously find

11 defendant Surgery Center Management, LLC:

12

13             _____          NOT GUILTY

14

15             ✓              GUILTY

16 of mail fraud as charged in Count 26 of the Indictment.

17

18      We, the jury in the above-captioned case, unanimously find

19 defendant Mirali Zarrabi, M.D.:

20

21             ✓              NOT GUILTY

22

23             _____          GUILTY

24 of mail fraud as charged in Count 26 of the Indictment.

25

26

27

28

## COUNT 27

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____        NOT GUILTY

___✓___        GUILTY

of mail fraud as charged in Count 27 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____        NOT GUILTY

___✓___        GUILTY

of mail fraud as charged in Count 27 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___        NOT GUILTY

_____        GUILTY

of mail fraud as charged in Count 27 of the Indictment.

27

## **COUNT 28**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

✓          GUILTY

of mail fraud as charged in Count 28 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

✓          GUILTY

of mail fraud as charged in Count 28 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

✓          NOT GUILTY

_____          GUILTY

of mail fraud as charged in Count 28 of the Indictment.

## **COUNT 29**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

___✓___          GUILTY

of wire fraud as charged in Count 29 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

___✓___          GUILTY

of wire fraud as charged in Count 29 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___          NOT GUILTY

_____          GUILTY

of wire fraud as charged in Count 29 of the Indictment.

29

## COUNT 30

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____      NOT GUILTY

___✓___      GUILTY

of wire fraud as charged in Count 30 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____      NOT GUILTY

___✓___      GUILTY

of wire fraud as charged in Count 30 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

___✓___      NOT GUILTY

_____      GUILTY

of wire fraud as charged in Count 30 of the Indictment.

## COUNT 31

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____    NOT GUILTY

__✓___    GUILTY

of wire fraud as charged in Count 31 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____    NOT GUILTY

__✓___    GUILTY

of wire fraud as charged in Count 31 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

__✓___    NOT GUILTY

_____    GUILTY

of wire fraud as charged in Count 31 of the Indictment.

## COUNT 32

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____    NOT GUILTY

___✓___    GUILTY

of aggravated identity theft as charged in Count 32 of the Indictment.

32

**<u>COUNT 33</u>**

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____        NOT GUILTY

✓
_____        GUILTY

of making false statements related to health care matters as charged in Count 33 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

✓
_____        NOT GUILTY

_____        GUILTY

of making false statements related to health care matters as charged in Count 33 of the Indictment.

33

## COUNT 34

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

     \_\_\_\_\_     NOT GUILTY

     ✓     GUILTY

of making false statements related to health care matters as charged in Count 34 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Mirali Zarrabi, M.D.:

     ✓     NOT GUILTY

     \_\_\_\_\_     GUILTY

of making false statements related to health care matters as charged in Count 34 of the Indictment.

34

## <u>COUNT 35</u>

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

___✓___          GUILTY

of conspiracy to commit promotional money laundering as charged in Count 35 of the Indictment.

We, the jury in the above-captioned case, unanimously find defendant Surgery Center Management, LLC:

_____          NOT GUILTY

___✓___          GUILTY

of conspiracy to commit promotional money laundering as charged in Count 35 of the Indictment.

## COUNT 36

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

__✓__          GUILTY

of promotional money laundering as charged in Count 36 of the Indictment.

36

## COUNT 37

We, the jury in the above-captioned case, unanimously find defendant Julian Omidi:

_____          NOT GUILTY

____✓____          GUILTY

of promotional money laundering as charged in Count 37 of the Indictment.

Date: __12·16·2021__

37