1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | No. CR 17-661 (A) – DMG |
|---|---|
| Plaintiff, | **ORDER EXTENDING TIME TO FILE POST-TRIAL MOTIONS AND GRANTING LEAVE TO EXCEED PAGE LIMIT [1640]** |
| v. | |
| Julian Omidi, *et al.*, | |
| Defendants. | |

Having considered Defendant Julian Omidi's *Ex Parte* Application for a Three-Week Extension of the Deadline for Post-Trial Motions and for Leave to Exceed the Page Limit for Post-Trial Motions, and for good cause and compelling reasons shown, IT IS HEREBY ORDERED THAT the Application is **GRANTED**. Accordingly:

- The deadline for the submission of post-trial motions is continued to February 22, 2022.
- The Government's response to any post-trial motions shall be due by March 15, 2022.
- The Court grants Mr. Omidi leave to file a memorandum of law not exceeding 40 pages in support of his post-trial motion.
- The Government is granted leave to file a response to Mr. Omidi's post-trial motion not exceeding 40 pages.

IT IS SO ORDERED.

DATED:  January 24, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1