# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>   v.<br><br>Julian Omidi, *et al.*,<br><br>                      Defendants. | No. CR No. 17-661(A)-DMG<br><br>**ORDER GRANTING IN PART DEFENDANTS'** ***EX PARTE*** **APPLICATIONS TO CONTINUE DEADLINE FOR POST-TRIAL MOTIONS [1653] [1655]** |

The Court has reviewed and considered Defendants Julian Omidi's and Surgery Center Management's *Ex Parte* Applications to Stay the Deadline for Post-Trial Motions [Doc. ## 1653, 1655]. Because Monday, February 21, 2022 is a holiday and the Court may not have an opportunity to consider the Government's opposition before the February 22, 2022 deadline for Defendants' post-trial motions,

IT IS HEREBY ORDERED THAT the Application is **GRANTED in part**. The deadline for all defendants to file post-trial motions shall be March 11, 2022.[1]

DATED: February 18, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The Court also has considered the Ninth Circuit's standard for evaluating a motion for a new trial based on newly discovered evidence. *United States v. Davis*, 960 F.2d 820, 825 (9th Cir. 1992).