Michael S. Schachter** (NY 3910205)
Randall W. Jackson** (NY 5274048)
Casey E. Donnelly** (NY 4936803)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8102; Fax: (728) 728-8111
Email: *mschachter@willkie.com*

*Attorneys for Defendant Julian Omidi*

[Additional Counsel Continued On Next Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-00661(A)-DMG |
| Plaintiff, | |
| *vs*. | **DEFENDANT JULIAN OMIDI'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| JULIAN OMIDI, INDEPENDENT MEDICAL SERVICES INC., a professional corporation, SURGERY CENTER MANAGEMENT, LLC, and MIRALI ZARABI, M.D., | Courtroom of the Hon. Dolly M. Gee |
| Defendants. | |

[Additional Counsel Continued From Previous Page]

Simona Agnolucci (SBN 246943)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7447, Fax: (415) 858-7599
Email: *sagnolucci@willkie.com*

Edmund W. Searby** (OH 067455)
**PORTER WRIGHT MORRIS & ARTHUR LLP**
950 Main Avenue, Suite 500
Cleveland, OH 44113
Tel: (216) 443-2545, Fax: (216) 443-9011
Email: *esearby@porterwright.com*

** *Appearing pro hac vice*

*Counsel for Defendant Julian Omidi*

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendant JULIAN OMIDI, by and through his counsel of record, hereby requests, *ex parte*, an order from the Court permitting the filing under seal of (a) an unredacted version of Mr. Omidi's Motion to Compel Discovery and to Hold an Evidentiary Hearing, a redacted version of which is being filed publicly contemporaneously, and (b) the following exhibits thereto, all of which are subject to the protective order in this case:

1. Exhibit 1, an unredacted email exchange between Mr. Omidi's counsel and government counsel (a redacted version of which is being filed publicly);

2. Exhibit 2, the Federal Bureau of Investigation's Memorandum of Interview regarding a May 24, 2016 proffer interview with Charles Klasky;

3. Exhibit 3, the government's May 25, 2016 subpoena to Verizon Wireless for Charles Klasky's phone records;

4. Exhibit 4, Charles Klasky's phone records between January 1, 2016 and May 23, 2016;

5. Exhibit 5, Charles Klasky's phone records on May 24, 2016 and May 25, 2016;

6. Exhibit 6, a January 13, 2017 email from FDA Special Agent Samanta Kelley to government agents and prosecutors;

7. Exhibit 7, a government-created spreadsheet detailing Charles Klasky's call history;

8. Exhibit 8, a January 17, 2017 email from FDA Special Agent Samanta Kelley to government agents and prosecutors;

9. Exhibit 9, a law enforcement TLOxp search report the government performed on November 22, 2016;

10. Exhibit 10, a law enforcement TLOxp search report the government performed on November 21, 2016;

**DEFENDANT JULIAN OMIDI'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL**

11. Exhibit 11, the government's notes from an August 14, 2017 interview with Charles Klasky; and

12. Exhibit 12, an excerpt of the transcript of Charles Klasky's testimony before the Grand Jury.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed in New York this 22nd Day of February, 2022.

Dated:  February 22, 2022        Respectfully submitted,


**WILLKIE FARR & GALLAGHER LLP**

By: s/ Michael S. Schachter
    MICHAEL S. SCHACHTER
    RANDALL W. JACKSON
    CASEY E. DONNELLY
    SIMONA AGNOLUCCI

    ATTORNEYS FOR DEFENDANT
    JULIAN OMIDI