Michael S. Schachter
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR No. 17-00661 (A) - DMG |
| v. | |
| Julian Omidi et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged:  **(List Documents)**

Unredacted version of Defendant Julian Omidi's Motion to Compel Discovery and to Hold an Evidentiary Hearing and Exhibits 1-12 thereto

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

2/22/2022
Date

Michael S. Schachter
Attorney Name

Julian Omidi
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)       **NOTICE OF MANUAL FILING OR LODGING**