TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
DAVID H. CHAO (Cal. Bar No. 273953)
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorneys
Major Frauds/General Crimes Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California
    90012 Telephone:
     (213) 894-2400
    Facsimile: (213) 894-6269
    E-mail:    Kristen.Williams@usdoj.gov
               Ali.Moghaddas@usdoj.gov
               David.Chao@usdoj.gov
               David.Lachman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>JULIAN OMIDI,<br>   aka "Combiz Omidi,"<br>   aka "Combiz Julian Omidi,"<br>   aka "Kambiz Omidi,"<br>   aka "Kambiz Beniamia Omidi,"<br>   aka "Ben Omidi," and<br>SURGERY CENTER MANAGEMENT, LLC,<br><br>                Defendants. | No. CR 17-661(A)-DMG<br><br>JOINT STIPULATION TO MODIFY GOVERNMENT'S OPPOSITION AND DEFENDANT JULIAN OMIDI'S REPLY DEADLINES AND RE-SET HEARING ON DEFENDANT JULIAN OMIDI'S POST-TRIAL MOTIONS |

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

United States of America, by and through its counsel of record,

the United States Attorney for the Central District of

California and Assistant United States Attorneys Kristen A.
Williams, Ali Moghaddas, David H. Chao, and David C. Lachman,
and defendant JULIAN OMIDI ("OMIDI"), by and through his
attorneys of record, Michael Schachter, Randall Jackson, Casey
Donnelly, and John Brennan, as follows:

1.   On March 30, 2022, OMIDI filed three motions: a
Renewed Motion to Dismiss the Case (Dkt. 1689), a Motion to
Dismiss the Case [Indictment] Or, Alternatively, For a New Trial
(Dkt. 1692), and a Motion for a New Trial Pursuant to Rule 33
(Dkt. 1693).  All three motions have been set for hearing on May
11, 2022, at 2:30 p.m. (Dkt. 1700.)

2.   The government's opposition to each motion is
currently due by April 13, 2022, and OMIDI's replies are due by
April 20, 2022.

3.   On April 4, 2022, OMIDI filed a notice of errata
regarding the Motion to Dismiss the Case [Indictment] Or,
Alternatively, for a New Trial (Dkt. 1692), and a declaration
that had been inadvertently omitted from that filing.

4.   In light of that amended filing and the fact that some
members of OMIDI's defense team will be unavailable the week of
April 18, 2022, during which OMIDI's replies are currently due,
the parties request the following modification to the post-trial
motions briefing schedule:

      a. The government's oppositions to OMIDI's post-trial
         motions (Dkts. 1689, 1692, and 1693) shall be due on
         April 20, 2022;

      b. OMIDI's replies in support of his post-trial motions

1                         (Dkts. 1689, 1692, and 1693) shall be due on May 4,

2                         2022; and

3                 c. The hearing on OMIDI's post-trial motions (Dkts.

4                         1689, 1692, and 1693) shall be on May 18, 2022, at

5                         2:30 p.m.[1]

---

[1]    The parties are also amenable to a hearing on May 25, 2022, at 2:30 p.m. should the Court prefer.

| | |
|---|---|
| 1 | Dated: April 6, 2022 |

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
KRISTEN A. WILLIAMS
ALI MOGHADDAS
DAVID H. CHAO
DAVID C. LACHMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 6, 2022

_____/s/ with permission_____
MICHAEL SCHACHTER
RANDALL JACKSON
CASEY DONNELLY
JOHN BRENNAN

Attorneys for Defendant
JULIAN OMIDI