UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page **1** of **1**

| Case No. | CR 17-661(A)-DMG | Date | April 6, 2022 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Julian Omidi | N/A | | x | Michael Schachter, et al. | N/A | | x |

**Proceedings:** **[IN CHAMBERS] ORDER RE MOTION TO WITHDRAW BY DEFENDANT JULIAN OMIDI'S COUNSEL [1688]**

On March 29, 2022, Willkie Farr & Gallagher LLP, counsel of record for Defendant Julian Omidi, filed a motion to withdraw as counsel which they noticed for hearing on April 27, 2022. [Doc. # 1688.] The Government filed a response on April 5, 2022. [Doc. # 1701.]

"An attorney, whether appointed or retained, may not withdraw as counsel except by leave of court. A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. The motion for leave to withdraw must be supported by good cause. Failure of the client to pay agreed compensation is not necessarily sufficient to establish good cause." C.D. Cal. L. Crim. R. 44-1. Here, Counsel seeks to withdraw as counsel on the grounds that they have not been paid $5.8 million in legal defense fees and $800,000 in costs related to Defendant Omidi's trial. [Doc. # 1688, ¶ 2.]

Counsel is ordered to serve Defendant Omidi with a copy of the motion to withdraw and a copy of this Order.

Counsel is further ordered to notify Defendant Omidi that if a request for substitution of counsel is not filed, Defendant Omidi must appear for the hearing on Counsel's motion to withdraw, which the Court reschedules to **May 18, 2022 at 2:30 p.m.**, via videoconference. The Courtroom Deputy Clerk will circulate a videoconference link to the parties prior to the hearing.

No later than **April 13, 2022,** Counsel shall file (1) proofs of service indicating service of this Order and motion to withdraw on Defendant Omidi; and (2) a declaration regarding the status of compliance with this Order.

IT IS SO ORDERED.

| CR-11 | **CRIMINAL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|