UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JULIAN OMIDI, *et al.*,<br><br>　　　　Defendants. | No. CR 17-00661(A)-DMG<br><br>ORDER MODIFYING GOVERNMENT'S OPPOSITION AND DEFENDANT JULIAN OMIDI'S REPLY DEADLINES AND RE-SETTING HEARING ON DEFENDANT JULIAN OMIDI'S POST-TRIAL MOTIONS [1702] |
|---|---|

　　　　The Court has read and considered the Stipulation to Modify Post-Trial Motions Deadlines and Re-Set the Hearing Date filed by the government and defendant JULIAN OMIDI ("OMIDI") on April 6, 2022 [Doc. # 1702].  Pursuant to the stipulation of the parties, and good cause having been shown, IT IS HEREBY ORDERED:

　　　　1. The government's oppositions to OMIDI's post-trial motions (Doc. ## 1689, 1692, and 1693) shall be due on April 20, 2022;

　　　　2. OMIDI's replies in support of his post-trial motions (Doc. ## 1689, 1692, and 1693) shall be due on May 4, 2022; and

　　　　3. The hearing on OMIDI's post-trial motions (Doc. ##

1689, 1692, and 1693) is hereby continued to **May 25, 2022** at 2:30 p.m.

IT IS SO ORDERED.

April 7, 2022
DATE

DOLLY M. GEE UNITED STATES DISTRICT JUDGE

2