NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JULIAN OMIDI; *et al.*,<br><br>　　　　Defendants. | No. CR 17-661(A)-DMG<br><br>**ORDER GRANTING UNOPPOSED *EX PARTE* REQUEST TO STAY THE CURRENT POST-TRIAL BRIEFING SCHEDULE AND REQUEST FOR A JOINT STATUS CONFERENCE [1711]** |

　　　　This matter having come to the Court on Julian Omidi's Unopposed *Ex Parte* Request to Stay the Current Post-Trial Briefing Schedule and Request for a Joint Status Conference, and good cause having been shown,

　　　　**IT IS HEREBY ORDERED** AS FOLLOWS:

　　　　Defendant Julian Omidi's request is **GRANTED**. The Court's post-trial motions briefing schedule [Doc. # 1705] is stayed pending a hearing on the substitution of counsel for Defendant Julian Omidi.

//
//
//

The Court hereby orders a status conference to address these issues to be held on **May 3, 2022 at 2:00 p.m.**

IT IS SO ORDERED.

DATED: April 20, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE