NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIAN OMIDI, *et al.*,<br><br>　　　　Defendants. | No. CR 17-661(A)-DMG<br><br>**ORDER GRANTING *EX PARTE* REQUEST TO EXTEND MOTION FILING DATES [1729]** |

　　This matter having come to the Court on Defendants Julian Omidi's and Surgery Center Management's Opposed *Ex Parte* Joint Defense Request to Briefly Extend or Stay the Filing Dates for Post-Trial Briefs, and good cause having been shown due to illness of counsel,

　　**IT IS HEREBY ORDERED** as follows:

　　Defendants Julian Omidi's and Surgery Center Management's request to extend the filing date for Omidi's post-trial reply briefs and Surgery Center Management's post-trial opening briefs is **GRANTED in part**. These briefs shall now be due on June 17, 2022.

Any government sur-reply to Omidi's briefing will be due on June 27, 2022. The hearing on Omidi's motions will be on **July 8, 2022 at 11:00 a.m.**

The government's opposition to Surgery Center Management's briefing will be due on June 27, 2022, while reply briefs will be due on July 5, 2022. The hearing on Surgery Center Management's motions will be **July 8, 2022 at 11:00 a.m.**

IT IS SO ORDERED.

DATED: June 3, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE