UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page 1 of 1

| Case No. | CR 17-661(A)-DMG | Date | July 22, 2022 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Julian Omidi | Not | | ✓ | 1) Kevin M Lally | Not | | ✓ |
| 3) Surgery Center Management, LLC | Not | | | 3) Elon Berk | Not | | ✓ |

**Proceedings:  IN CHAMBERS – ORDER SETTING SENTENCING HEARING**

The Court hereby sets the sentencing hearing as to Defendants Julian Omidi and Surgery Center Management, LLC on **November 8, 2022 at 10:30 a.m.**  Defendants are ordered to appear.

Counsel shall comply with the Federal Rules of Criminal Procedure.  The Government's Sentencing Position is due at least two weeks prior to the sentencing date.  Defendant's Sentencing Position is due at least one week before the sentencing date.  If there are no position papers, counsel are directed to file a notice of non-opposition.  Late filing of position papers, other than letters of support, may cause a postponement of the sentencing hearing.

IT IS SO ORDERED.