**McGUIREWOODS LLP**
KEVIN M. LALLY (SBN 226402)
355 South Grand Avenue, Suite 4200
Los Angeles, CA 90071
E-mail: klally@mcguirewoods.com
Telephone: 213-457-9862
Facsimile: 213-457-9882

ROBERT J. BITTMAN (*Pro hac vice*)
888 16th Street N.W., Suite 500
Washington, D.C. 20006
E-mail: rbittman@mcguirewoods.com
Telephone: (202) 857-2472
Facsimile: (202) 828-2962

Counsel for Defendant Julian Omidi

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN OMIDI, *et al.*,<br><br>Defendants. | No CR: 17-661(A)-DMG<br><br>STIPULATION MODIFYING BRIEFING SCHEDULE AND SENTENCING HEARING DATE FOR DEFENDANTS JULIAN OMIDI & SURGERY CENTER MANAGEMENT; [PROPOSED] ORDER<br><br>Current Dates:<br>Government Brief: October 25, 2022<br>Defendant Brief: Nov. 5, 2022<br>Sentencing Hearing: Nov. 12, 2022<br><br>Proposed Dates:<br>All Initial Memoranda: Nov. 30, 2022<br>Optional Reply: Dec. 7, 2022<br>Sentencing Hearing: Dec. 14, 2022 |

Plaintiff United States of America and defendants Julian Omidi ("Omidi") and Surgery Center Management ("SCM"), by and through their respective counsel of record, hereby request that the Court modify the briefing schedule setting forth the date by which the parties must file their sentencing memoranda and the date of Omidi's sentencing hearing. In support of this request, the parties stipulate and agree as follows:

1. On January 24, 2018, the government filed the First Superseding Indictment ("FSA") in the above-captioned case. (CR 12.) The FSA charged Omidi with mail fraud, wire fraud, false statements, aggravated identity theft, promotional money laundering and conspiracy to commit money laundering stemming from an alleged insurance fraud scheme. It further charged SCM with the same offenses, except that SCM was not charged with identity theft, making false statements, and promotional money laundering. The FSA also seeks criminal forfeiture of funds involved in the charged conduct, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), (a)(2)(B), (a)(7), 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c). (CR 12.)

2. On December 16, 2021, Omidi and SCM were convicted of all counts. (CR 1577.) Following the resolution of post-trial briefing, this Court set Omidi's and SCM's sentencing for Tuesday, November 8, 2022, and ordered that the government's and the defendants' sentencing memoranda be filed two weeks and one week, respectively, in advance of this date. (CR 1783.)

3. The United States Probation Office ("USPO") has produced Omidi's PSR and its sentencing recommendation letter. The USPO's Guidelines calculation sets Omidi's total offense level at 45, in large part due to a 28 level increase tied to trial testimony from government expert Michael Petron setting the intended loss in excess of $250,000,000. This results in an advisory Guidelines recommendation of life imprisonment. The USPO's sentencing recommendation, which utilizes the

testimony for actual rather than intended loss, is for a 204 month term of imprisonment (17 years).

4. Omidi is conducting an independent loss assessment to present at sentencing. The experts conducting this assessment have been working diligently towards completing their analysis of the 250 patient sample reviewed by Mr. Petron; however, this has been an extremely labor intensive project.  By way of reference, Special Agent Tooma testified that she spent over 350 hours conducting the review of patient records that served as the foundation of Mr. Petron's testimony. Additional time is required to allow these experts to complete their analysis, prepare a report, circulate that report to the government and the USPO, and to integrate the results into Omidi's sentencing memorandum. SCM, likewise, would benefit from the independent analysis being conduct by Omidi, as loss-related issues will overlap.

5. Additional time also is needed for Omidi to secure final reports from medical personnel who have been asked to assess his physical and mental well-being.

6. Government counsel continues to acquire and provide restitution-related materials to the USPO.  It believes that a brief continuance would allow for the sentencing and restitution hearings to be conducted together.

7. The parties jointly request that the dates for filing their sentencing memoranda and for Omidi's and SCM's sentencing hearing be continued as follows (or to another date and time convenient to the Court):

    a. Sentencing Position Papers: Wednesday, November 30, 2022;

    b. Replies (if appropriate):  Wednesday, December 7, 2022;

//
//
//
//
//

-3-
STIPULATION MODIFYING BRIEFING SCHEDULE AND SENTENCING HEARING DATE

   c. Sentencing & Restitution Hearing:  Wednesday, December 14, 2022 at 1:00 p.m.

IT IS SO STIPULATED.

DATED:  October 25, 2022

By:   */s/ Kevin M. Lally*
   Kevin M. Lally
   McGUIREWOODS LLP
   Attorneys for Defendant Julian Omidi

By:   */s/ Elon Berk*
   Elon Berk
   Attorneys for Defendant Surgery
   Center Management
   (per e-mail authorization)

By:   */s/ Kristen Williams*
   Kristen Williams
   Assistant United States Attorney
   (per e-mail authorization)

   Attorneys for Plaintiff
   United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2022, at Los Angeles, California.

                                                      */s/ Kevin M. Lally*
                                                     Kevin M. Lally
                                                    McGuireWoods LLP