KEVIN M. LALLY (SBN 226402)
**MCGUIREWOODS LLP**
klally@mcguirewoods.com
355 South Grand Ave., Suite 4200
Los Angeles, California 90071
Telephone: (213) 457-9862
Facsimile: (213) 457-9882

ROBERT J. BITTMAN (*Pro hac vice*)
**MCGUIREWOODS LLP**
rbittman@mcguirewoods.com
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 857-2472
Facsimile: (202) 828-2962

Counsel for Defendant Julian Omidi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-661(A)-DMG |
|---|---|
| Plaintiff, | **DEFENDANT JULIAN OMIDI'S NOTICE OF JOINDER TO SURGERY CENTER MANAGEMENT, LLC'S SENTENCING FILINGS** |
| v. | |
| JULIAN OMIDI, *et al*, | |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendant Julian Omidi, by and through his counsel, Kevin M. Lally and Robert J. Bittman of McGuireWoods LLP, hereby joins in Defendant Surgery Center Management, LLC's ("SCM") sentencing filings, including SCM's Sentencing Brief (Dkt. 1816; 1816-1), the sealed Declarations of Dr. Michael Sedrak, M.D. (Dkt. 1832; Dkt. 1861), the Declaration of Araminta Salazar (Dkt. 1849), the supplemental Declaration of Dr. Michael Sedrak, M.D. (Dkt. 1851.), SCM's Reply Brief (Dkt. 1884; 1884-1-2), and the supplemental Declaration of Araminta Salazar (Dkt. 1885.)

Dated: April 15, 2023             Respectfully submitted,

**MCGUIREWOODS LLP**

By:   /s/ *Kevin M. Lally*

Kevin M. Lally
Robert J. Bittman
Attorneys for Defendant Julian Omidi

## CERTIFICATE OF SERVICE

I certify that, on April 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*/s/ Kevin M. Lally*
Kevin M. Lally