| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 30 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1719 |
| Plaintiff - Appellee, | D.C. No.<br>2:17-cr-00661-DMG-1 |
| v. | |
| JULIAN OMIDI, AKA Combiz Julian Omidi, AKA Combiz Omidi, AKA Kambiz Omidi, AKA Kambiz Beniamia Omidi, AKA Ben Omidi, | Central District of California, Los Angeles<br><br>MANDATE |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1941 |
| Plaintiff - Appellee, | D.C. No.<br>2:17-cr-00661-DMG-3 |
| v. | |
| SURGERY CENTER MANAGEMENT, LLC, | Central District of California, Los Angeles |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1959 |
| Plaintiff - Appellee, | D.C. No.<br>2:17-cr-00661-DMG-1 |
| v. | |
| JULIAN OMIDI, AKA Combiz Julian Omidi, AKA Combiz Omidi, AKA Kambiz Omidi, AKA Kambiz Beniamia | Central District of California, Los Angeles |

Omidi, AKA Ben Omidi,

      Defendant - Appellant.

The judgment of this Court, entered January 16, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT